# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NABIL HELO, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No.: 3:22-CV-01131-JBA |
| v. | |
| SEMA4 HOLDINGS CORP., ERIC SCHADT, KATHERINE STUELAND, ISAAC RO, and RICHARD MIAO, | |
| Defendants | November 29, 2022 |

## JOINT STIPULATION AND [PROPOSED] ORDER SETTING DATES FOR FILING AMENDED COMPLAINT AND MOTION TO DISMISS

Lead Plaintiff Nabil Helo ("Plaintiff") and Defendants Sema4 Holdings Corp. ("Sema4"),

Eric Schadt, Katherine Stueland, Isaac Ro and Richard Miao (collectively, "Defendants" and,

with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as

follows:

WHEREAS, on September 7, 2022, counsel for Plaintiff filed the above-captioned action

against Defendants, (the "Complaint," ECF No. 1);

WHEREAS, on September 7, 2022, the Court entered the Order on Pretrial Deadlines

(ECF No. 3);

WHEREAS, the above-captioned action is a proposed class action alleging violations of

the federal securities laws against Defendants and is subject to the requirements of the Private

Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995), which sets

forth specialized procedures for the administration of securities class actions;

WHEREAS, on November 4, 2022, the Parties filed the Consented-To Joint Motion for Extension of Time for All Defendants to Respond to the Complaint (ECF No. 11);

WHEREAS, on November 16, 2022, the Court entered the order on the Consented-To Joint Motion for Extension of Time for All Defendants to Respond to the Complaint ("Order") (ECF No. 21);

WHEREAS, pursuant the Order: (i) Defendants' need not answer, move or otherwise respond to the Complaint; (ii) within fourteen days of entry of an Order appointing Lead Plaintiff and approving Lead Counsel, Lead Counsel and counsel for Defendants shall meet and confer and submit to the Court a proposed schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto; and (iii) all associated Pretrial Deadlines and requirements set forth in D. Conn. Local Rule 26(f) are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion(s) to dismiss;

WHEREAS, on November 7, 2022, Plaintiff filed his Motion for Appointment of Lead Plaintiff and Approval of Lead Counsel (ECF. No. 12);

WHEREAS, on November 16, 2022, the Court entered an order granting Plaintiff's Motion for Appointment of Lead Plaintiff and Approval of Lead Counsel, and directing the Parties to submit a proposed schedule for the filing of an amended complaint and Defendants' responses thereto (ECF. No. 20); and

WHEREAS, consistent with the Court's orders, the Parties have met and conferred and agreed upon a proposed schedule for the filing of: (i) an amended complaint; (ii) Defendants' response to the amended complaint; and (iii) a motion to dismiss filed by Defendants, if any;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. Lead Plaintiff shall file an amended complaint on January 30, 2023;

2. Defendants shall have until March 31, 2023 to move against, answer or otherwise respond to the amended complaint; and

3. If Defendants respond by moving to dismiss Lead Plaintiff's amended complaint:

   - Lead Plaintiff shall have until May 1, 2023 to file a response in opposition to the motion to dismiss; and

   - Defendants shall have until May 31, 2023 to file a reply in support of the motion to dismiss.

Dated: November 29, 2022                    Respectfully submitted,


                                            /s/ *Joseph W. Martini*
                                            Joseph W. Martini
                                            Federal Bar No. ct07225
                                            Leslie A. Cahill
                                            Federal Bar No. ct31242
                                            SPEARS MANNING & MARTINI LLC
                                            2425 Post Road, Suite 203
                                            Southport, CT 06890
                                            Telephone: (203) 292-9766
                                            Facsimile: (203) 292-9628
                                            jmartini@spearsmanning.com
                                            lcahill@spearsmanning.com

Dean S. Kristy admitted *pro hac vice*
Catherine D. Kevane admitted *pro hac vice*
Vincent Barredo admitted *pro hac vice*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
dkristy@fenwick.com
ckevane@fenwick.com
vbarredo@fenwick.com

*Counsel for Defendants SEMA4 Holdings Corp., Eric Schadt, Katherine Stueland, Isaac Ro, and Richard Miao*

Dated: November 29, 2022                     Respectfully submitted,


/s/ David A. Slossberg
David A. Slossberg
Federal Bar No. ct13116
Kristen L. Zaerhinger
Federal Bar No. ct27044
HURWITZ, SAGARIN, SLOSSBERG &
KNUFF, LLC
147 North Broad Street
Milford, CT 06460
Tel: (203) 877-8000
Fax: (203) 878-9800
DSlossberg@hssklaw.com
KZaehringer@hssklaw.com

GLANCY PRONGAY & MURRAY LLP
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Counsel for Lead Plaintiff Nabil Helo*

\* \* \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: November __, 2022                    _____
                                             Hon. Janet Bond Arterton
                                             United States District Court Judge

**<u>CERTIFICATION</u>**

I hereby certify that on November 29, 2022, a copy of the foregoing was filed electronically and served via electronic and/or First Class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By:   <u>/s/ Joseph W. Martini</u>
        Joseph W. Martini