## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NABIL HELO, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>SEMA4 HOLDINGS CORP., ERIC SCHADT, KATHERINE STUELAND, ISAAC RO, AND RICHARD MIAO,<br><br>                              Defendants. | Case No.: 3:22-cv-01131-JBA<br><br><br><br><br><br><br><br><br>~~January 30, 2023~~September 13, 2024 |

### SECOND AMENDED CLASS ACTION COMPLAINT
### FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

Lead Plaintiff Nabil Helo ("Plaintiff") alleges the following based upon the investigation of Plaintiff's counsel, which included a review of United States Securities and Exchange Commission ("SEC") filings by Sema4 Holdings Corp. ("Sema4," "GeneDx," or the "Company"), as well as securities analysts' reports and advisories about the Company, press releases, media reports, and other public statements issued by, or about, the Company. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

### I.        NATURE OF THE ACTION

1.        This is a securities class action on behalf of all persons and/or entities who purchased ~~or otherwise acquired~~ the Company's securities between ~~March 14~~January 18, 2022 and August 15, 2022, inclusive ("Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 ("Exchange Act") and SEC Rule 10b-5 promulgated thereunder.

2.    Sema4 is a health ~~company that uses~~ diagnostics testing company, with a stated mission "to use artificial intelligence [] to enable personalized medicine. ~~The Company's platform leverages longitudinal patient data, AI-driven predictive modeling, and genomics in combination with other data to deliver better outcomes~~ for ~~patients. Sema4 derives~~ all." During the Class Period, the Company derived the majority of its revenue from its ~~Women's Health and Oncology~~ diagnostic testing focused on women's health and oncology, but sought to shift its core business to data and analytics solutions. Specifically, ~~Women's Health solutions include carrier screening, non-invasive prenatal testing,~~ Sema4 sought to build and ~~newborn screening, while oncology solutions include hereditary cancer testing, molecular profiling, and genomic data collection.~~ commercialize its health intelligence platform called Centrellis.

3.    ~~During~~ Though the Company had suffered net losses since its inception and was critically low on cash, Sema4's prospects appeared to improve greatly when Sema4 announced in a press release at the start of the Class Period on January 18, 2022, that it had reached a deal to acquire GeneDx, a leader in the area of rare disease genomic testing and analysis.

4.    Sema4 announced that the business combination, which was expected to close in the second quarter of 2022, was "projected to deliver $350 million in pro forma 2022 revenue", and that GeneDx's rare disease diagnostic and exome sequencing services would ***"strengthen Sema4's 12 million de-identified clinical records for Centrellis, its proprietary health intelligence platform …. Sema4 plans to leverage this combined health information database to transform patient care and therapeutic development and enable precision medicine for all."***

5.    Throughout the Class Period, Defendants ~~made numerous~~ touted Centrellis as a highly sophisticated, multi-layered platform with AI-driven analytical capabilities which would

allow Sema4 to leverage the vast amount of human health data that Sema4 had obtained through its health system partnerships.

6.    For example, Defendants stated in Sema4's Form 10-K filed with the SEC on March 14, 2022 that Centrellis was "a sophisticated data management and analytics engine" which had the ability to mine and analyze health data "across multiple therapeutic areas" using "state-of-the-art AI, probabilistic causal reasoning and machine learning approaches" to "construct predictive models" that would "transform the disease and diagnosis treatment paradigm for the entire healthcare ecosystem: patients, physicians, health systems, payers, and Biopharma companies."

7.    However, according to high-ranking former employees of Sema4, Sema4's representations ~~that were false and misleading. For instance, Defendants consistently touted~~ about Centrellis's abilities and potential could not have been farther from the truth.  For example, according to the Company's ~~test volumes and positively represented increases in payors or reimbursements that the Company received.~~ Senior Vice President, Production Bioinformatics from February 2020 through September 2022, Defendants ~~also claimed that the Company experienced improvements in revenue and average selling prices of test ("ASPs").  Further, Defendants claimed~~ represented that Sema4 had developed an AI-driven data management and analytics platform called Centrellis to tout itself as a data company rather than just a diagnostics company to increase the Company's ~~Women's Health Division was strengthening and that~~ valuation, but Centrellis was nonexistent.

8.    In addition, the Company's ~~data platform, Centrellis, was strong and viable for potential growth.~~ Senior Vice President of Business Development at the Company from September 2020 through February 2023, stated that Centrellis could utilize data in any meaningful way in

accordance with its stated capabilities.  By their account, the Company's focus was on obtaining as many health system partners as possible, to obtain large amounts of human health data, but Centrellis could not do anything with that data.  In their view, the Company would have needed billions of more dollars and "many years" of additional work before Centrellis would have been able to achieve its stated capabilities.

3.9.    The Company's Chief Information Officer from September 2021 through mid-2023 similarly stated that Centrellis did not possess its stated capabilities and that years more of additional work would have been required for Centrellis to reach that point.

4.10.    The truth regarding Defendants' misrepresentations was revealed on August 15, 2022, when, after the market closed, Sema4 announced changes to its research and development leadership team, including that Defendant Schadt was stepping down from his roles as President and Chief R&D Officer. The Company also disclosed that it was eliminating approximately 13% of its workforce as part of a series of restructuring and corporate realignments and that the Company was also eliminating its somatic oncology testing business. During the related conference call, Sema4 revealed that it had "reversed $30.1 million of revenue this quarter related to prior periods," in connection with negotiations with "one of [Sema4's] larger commercial payors regarding the potential recoupment of payments for Sema4 carrier screening services rendered from 2018 to early 2022." significant changes to its core R&D strategy and overall approach, effectively admitting that, contrary to Defendants' prior representations, Centrellis lacked the capabilities to leverage any of the human health data that it had obtained from its health system partnerships and that the Company had a long way to go to make Centrellis a product.

11.    Sema4 further disclosed that Defendant Schadt – whose primary focus had been the Centrellis project - was stepping down from his roles as President and Chief R&D Officer.  Sema4

4

disclosed that it was eliminating approximately 250 employees, bringing the percentage of legacy Sema4 employees that had been eliminated up to that point in 2022 to about 30%.  However, as part of the Company's new "R&D evolution", Sema4 announced it had appointed a Chief Technology and Product Officer and a Chief Sciences Officer, whom would be focused on "development of commercial products, [and] utilizing the data developed and curated on the Centrellis platform."

5.12.   On this news, Sema4's stock fell $0.80, or ***33.3%,*** to close at $1.60 per share on August 16, 2022, on unusually heavy trading volume.  As a result of Defendants' false and misleading statements, the Company's investors suffered significant losses.

## II.    JURISDICTION AND VENUE

6.13.   The claims asserted herein arise under, and pursuant to, Sections 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.

7.14.   This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and §27 of the Exchange Act.

8.15.   Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b).  Many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred, in substantial part, in this District.

9.16.   In connection with the acts alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications, and the facilities of an electronic securities exchange located in this District.

### III.     PARTIES AND IMPORTANT NON-PARTIES

### A.     Parties

10.17.  As set forth in the previously filed certification which is incorporated by reference herein, Lead Plaintiff Nabil Helo purchased the Company's securities during the Class Period and has been damaged thereby.

11.18.  Defendant Sema4 is incorporated under the laws of Delaware with its principal executive offices located in Stamford, Connecticut. At all relevant times, Sema4's Class A common stock tradestraded on the NASDAQ exchange under the symbol "SMFR," and its warrants tradetraded on the NASDAQ exchange under the symbol "SMFRW."

12.19.  Defendant Eric Schadt ("Schadt") is the founder of Sema4 and served as its Chief Executive Officer ("CEO") until May 2022; from May 2022 until his resignation at the end of the Class Period, Schadt served as President and Chief R&D Officer of the Company.

13.20.  Defendant Katherine Stueland ("Stueland") has served as the Company's CEO since May 2022. Prior to the Company's acquisition of GeneDx, she was the President and CEO of GeneDx.

14.21.  Defendant Isaac Ro ("Ro") was Sema4's Chief Financial Officer ("CFO") from July 2021 to June 14, 2022. On June 14, 2022, the Company announced that Ro would be leaving Sema4 on August 9, 2022, and would provide consulting services to Sema4 for six months.

15.22.  Defendant Richard Miao ("Miao") served as Sema4's Interim CFO from June 14, 2022 to September 2, 2022, when he left the Company.

16.23.  The Company, Schadt, Stueland, Ro, and Miao are collectively referred to herein as "Defendants."  Defendants Schadt, Stueland, Ro, and Miao are collectively referred to herein as the "Individual Defendants."

17.24.  During the Class Period, the Individual Defendants, as senior executive officers and/or directors of the Company, were privy to confidential and proprietary information concerning the Company, its operations, finances, financial condition, and present and future business prospects.  Additionally, as set forth more fully below, the Individual Defendants had access to material adverse non-public information concerning the Company.  Because of their positions within the Company, the Individual Defendants had access to non-public information about the Company's business, finances, products, markets, and present and future business prospects via internal corporate documents, conversations, and connections with other corporate officers and employees, attendance at management and/or board of directors meetings and committees thereof, and via reports and other information provided to them in connection therewith.  Because of their possession of such information, the Individual Defendants knew, or were deliberately reckless in not knowing, that the adverse facts specified herein had not been disclosed to, and were being concealed from, the investing public.

18.25.  The Individual Defendants are liable as direct participants in the wrongs alleged herein.  In addition, the Individual Defendants, by reason of their status as senior executive officers and/or directors, were "controlling persons" within the meaning of Section 20(a) of the Exchange Act and had the power and influence to cause the Company to engage in the unlawful conduct alleged.  Because of their positions of control, the Individual Defendants were able to, and did, directly or indirectly, control the conduct of the Company's business.

19.26.  The Individual Defendants, because of their positions within the Company, controlled and/or possessed the authority to control the contents of the Company's reports, press releases, and presentations to securities analysts and, through them, to the investing public.  The Individual Defendants were provided with copies of the Company's reports and press releases

alleged to be misleading herein, prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.    Thus, the Individual Defendants had the opportunity to commit the fraudulent acts alleged herein.

20.27.    The Individual Defendants, as senior executive officers and/or directors – and as controlling persons of a publicly-traded company whose securities were, and are, governed by the federal securities law – had a duty to promptly disseminate accurate and truthful information with respect to the Company's financial condition and performance, growth, operations, financial statements, business, products, markets, management, earnings, and present and future business prospects, and to correct any previously-issued statements that had become materially misleading or untrue, so that the market price of the Company's securities would be based upon truthful and accurate information.    The Individual Defendants' misrepresentations and omissions during the Class Period violated these specific requirements and obligations.

21.28.    The Individual Defendants are liable as participants in a fraudulent scheme and course of conduct that operated as a fraud and/or deceit on purchasers of the Company's securities by disseminating materially false and misleading statements and/or concealing material adverse facts.    This scheme: (1) deceived the investing public regarding the Company's business, operations and management, and the intrinsic value of the Company's securities; (2) enabled the Company to obtain additional capital at favorable prices, create a public market for its securities, and gain access to the public equity markets; and (3) caused Plaintiff and members of the Class to purchase the Company's securities at artificially inflated prices.

**B.    Important Non-Parties**

22.29.    Former Employee 1 ("FE 1") was Senior Vice President, Production Bioinformatics at Sema4 from February 2020 through September 2022.    In that role, FE 1 and their

team would take lab results and run them through various analytic pipelines, including quality checks of samples; FE 1 and their team's analyses would feed into test results or diagnoses.  FE 1 was responsible for all the data that came from the Company's clinical testing operation.  Part of FE 1's job included prioritizing the asks of the R&D team and clinical team and deciding which got answered first.  FE 1 also had access to a dashboard that included information about Company costs incurred to deliver services.  When FE 1 joined the Company, they reported to Chief Information Officer, Anatol Blass.  In late 2021, the Company hired a Chief Data Officer, Andrew Kasarskis, whom FE 1 then reported to instead.  During their tenure, FE 1 had occasional contact with Schadt and the Company's then-Chief Financial Officer, Isaac Ro and occasionally gave presentations at Company meetings where Schadt and Ro were present.

30.    According to FE 1, Centrellis never existed.  By FE 1's account, Defendants represented that Sema4 had created an AI-driven platform called Centrellis so that Sema4 could tout itself as a data company rather than just a diagnostics company to increase the Company's valuation.

23.    Former Employee 2 ("FE 2") was a Director, Alliance Management Vice President of Business Development at Sema4 from 2021 through September 2022.  In this role, FE 2 led a team of sales representatives and vetted potential business alliances for acquisitions and/or strategic alliance opportunities with the Company.  FE 2 also created alliance partnership workflow, sales plans, and financial efficacy analyses for presentation to the Company's executive committee and potential clients.  Following approval of any such programs, FE 2 was responsible for directing implementation of the programs.

24.    Former Employee 3 ("FE 3") was a Women's Health Services Representative, Northern California, at Sema4 from August 2021 through November 2022.  During their tenure,

9

~~FE 3 reported to Amy Schwab, Sema4's Senior Director of Sales, Women's Health and Oncology, Western Region.~~

~~25.    Former Employee 4 ("FE 4") was a Women's Health Sales Representative at Sema4 from June 2021 through November 2022.  FE 4 was brought on to Sema4 to help launch the Company's noninvasive prenatal testing ("NIPT"), carrier screening, and hereditary cancer screening to OB/GYN, oncology, urology, and other medical practice areas.  During their tenure, FE 4 reported to Sema4's Senior Director of Sales, Women's Health and Oncology, Western Region, Amy Schwab.~~

26.    Former Employee 5 ("FE 5") was a Billing Authorization Supervisor at Sema4 ~~from February~~ from May 2018 through September 2020~~.  During their tenure, FE 5 reported to Sema4's Revenue Cycler Manager, Marta Ales.  In this role, FE 5 was responsible for handling calls on behalf of insurers that were requesting refunds from~~; FE 2 then served as a Senior Vice President of Business Development at the Company ~~for overpayments.~~

~~27.~~31.  ~~Former Employee 6 ("FE 6") held the following positions at Sema4 during their tenure: Intern from July 2018 until August 2018; Billing Coordinator from August 2018 through January 2020; Communications Billing Lead from January 2020 through August 2021; Customer Service Billing Supervisor from August 2021 through March 2022.  During their tenure, FE 6~~from September 2020 through February 2023.  In these roles, FE 2's mission was to try to build Centrellis.  FE 2 reported to the Company's President and Chief Operating Officer, but by FE 2's account, the person FE 2 truly worked ~~in billing, mainly on the carrier screening side and reported to Sema4's Revenue Cycle Manager, Marta Ales.  FE 6's job duties included customer support and communication, such as answering calls from patients, answering client questions about general billing prices and client questions regarding their accounts with Sema4 and the like.  FE~~

~~6's job duties also included retrieving mail at the Company for most of 2021 and shredding letters from insurers requesting recoupments for overpayments~~for and alongside with, was Schadt.

32.     FE 2's focus was to find academic centers that would partner with the Company and provide the Company with patient data, with the goal that Sema4 would find ways to leverage that data through Centrellis.  FE 2 worked closely with Schadt, engaging in a consistent daily dialog seven days a week for at least four years, putting together proposals and presentations for potential Centrellis partners and traveling the United States with Schadt to deliver those proposals and presentations to physicians and health care providers; such meetings could take up to an entire day.

33.     FE 2 noted that Schadt had voiced doubts about the Company's ability to make Centrellis a meaningful product before the Company's funding ran out.  FE 2 described the Company as in a "mad race" to try to obtain Centrellis partnerships, hire as many skilled resources as possible, and build Centrellis so that it could use the data obtained through its partnerships, while at the same time, trying to raise enough cash to keep the Company going.  FE 2 often interacted with Ro and Miao during FE 2's tenure, and discussed Centrellis with both individuals; most of FE 2's conversations with Ro and Miao focused on trying to come up with ways to build relationships with health system partners and invest into those relationships without burning too many costs.

34.     FE 2 stated that though the Company was able to obtain a substantial amount of human health data, ultimately, the data was unusable by Centrellis.  Centrellis lacked the ability to utilize the data in a correct or appropriate way in accordance with its objectives.  The Company was unable to secure any significant commercial client for Centrellis.  FE 2 further noted that obtaining patient consent in a compliant manner was a hurdle to Centrellis's progress. FE 2 stated

that the Company would have needed to continue raising billions of dollars and put "many years" of additional work in to achieve the Company's objectives for Centrellis. FE 2 stated that ultimately, the Company wound down its efforts regarding Centrellis and FE 2 was laid off.

35.     Former Employee 3 ("FE 3") served as the Company's Chief Information Officer from September 2021 through the entirety of the Class Period, until they left the Company in mid-2023.  In this role, FE 3 was responsible for the Company's IT, which included ensuring the Company had appropriate security, supporting teams, and appropriate platforms for its operations. FE 3 was also responsible for ensuring that the Company handled health data intended for use in Centrellis in a compliant manner.

36.     During FE 3's tenure, FE 3 participated in standing weekly calls with Sema4's high-ranking officers and executives, where Centrellis was regularly mentioned.  For example, FE 3, along with Schadt, Sema4's Chief Product Officer, Sema4's President, and Sema4's general counsel, participated in a weekly standing call with Mt. Sinai, which had agreed to provide millions of patient records to the Company intended for use with Centrellis.  FE 3 participated in a standing weekly call with the Company's C-suite, which Schadt often joined, where broader planning and objectives were discussed.  FE 3 participated in the Company's standing weekly product call, led by the Company's Chief Product Officer and Chief of Staff, which Schadt also often joined.  FE 3 was also part of day-to-day conversations involving Centrellis.

37.     By FE 3's account, a commercially viable platform would have a data set that was well curated, growing, and which had features which would allow users to access data and parse data – and Sema4 had achieved none of those things with Centrellis.  In other words, Centrellis could not do what Defendants represented it could do.  FE 3 noted that Sema4 struggled to feed the health data it had obtained into a data set that would form the basis of what Centrellis was

intended to become, and that the Company experienced hiring difficulties and regulatory hurdles that further stymied the Centrellis project.

38.     FE 3 noted that use of human health data is heavily regulated, and the Company was particularly immature on that front. Without patient consent and compliance with the relevant regulations concerning the same, Sema4 would not be able to utilize and leverage the human health data it had obtained from its health system partners. In other words, without patient consent, there would be no Centrellis. FE 3 felt issues concerning consent and compliance were undermanaged and were not paid sufficient attention, and noted that the Company should have had a regulatory department.

39.     In addition, FE 3 noted that there was no product strategy for Centrellis.  FE 3 noted that some thought Centrellis should be designed to be generically useful, such that it was scalable but not customizable, while others thought it should be designed as a bespoke platform, tailored for each unique potential customer.  This concerned FE 3, as in FE 3's view, a company cannot build teams appropriately without a product strategy.

40.     FE 3 noted "discomfort" with Sema4's public statements about Centrellis, which in FE 3's view, made Centrellis sound much more advanced and polished than it actually was.  For example, FE 3 believed that Schadt's March 14, 2022 statements that the GeneDx business combination would "enhance the power of our Centrellis platform and distance us as the market leader with the most comprehensive clinically relevant data set available for research and development purposes" and Stueland's statement on June 16, 2022, that "the data engine, Centrellis … That is an incredible combination of just being able to put a data engine that will be able to deliver improved and personalized health insights with [GeneDx's] exome and genome as a backbone.  That really enables something that is very different from any other company in this

space," created the impression that Centrellis's commercial viability was imminent, when in FE 3's view, the Centrellis project required five more years of work to reach that state and the amount of work left to do was "absolutely astounding".

41.     In FE 3's view, Schadt had "irrational exuberance" with respect to Centrellis and did not appear to understand how long it would take and how much further the Company had to go to achieve its objectives.

## IV.   SUBSTANTIVE ALLEGATIONS

### A.   Sema4's Business

28.   Sema4 is a health company that uses artificial intelligence to enable personalized medicine.  Sema4 is primarily a diagnostic testing company, which derives the majority of its revenue from Women's Health and Oncology diagnostic solutions. Specifically, Women's Health solutions include carrier screening, non-invasive prenatal testing, and newborn screening, while Oncology solutions include hereditary cancer testing, molecular profiling, and genomic data collection.  The majority of the Company's diagnostic testing revenue as well as total revenue are derived from reimbursements from health plans.  Being in network with health plans was crucial to improving the Company's ability to receive adequate reimbursements from health plans; if the Company was not in network with major health plans, patients would be less likely to use the Company's products and physicians would be less likely to recommend the Company's products to patients, which would stymie the Company's ability to increase ASPs and testing volumes.

29.42.  Sema4 was founded by Defendant Schadt as part of Icahn School of Medicine at Mount Sinai's Department of Genetics and Genomic Sciences and the Icahn Institute for Genomics and Multiscale Biology.  Sema4 was established out of the Mount Sinai Health System and commenced operations in June 2017 as a commercial entity.  The Company debuted on the Nasdaq

Stock Market as a publicly traded company after completing a business combination with CM Life

Sciences, a special purpose acquisition company, in July 2021.

30.    Though Sema4 is primarily a diagnostic testing company, Sema4 seeks to expand its core business to data and analytics solutions which leverage longitudinal patient data, AI-driven predictive modeling, and genomics in combination with other data to deliver better outcomes for patients.

31.    The Company claims that its integrated information platform leverages longitudinal patient data, AI-driven predictive modeling, and genomics in combination with other molecular and high-dimensional data to transform, during the practice Class Period, derived the majority of medicine, including how disease is diagnosed, treated, and prevented.  The Company further asserts that it established one of the largest, most comprehensive, and fastest-growing integrated health information platforms, collecting and leveraging genomic and clinical data in partnership with patients, healthcare providers, and an extensive ecosystem of life science industry contributors.

32.    The Company processes a substantial amount of data and maintains a database that includes approximately 12 million de-identified clinical records, including more than 500,000 with genomic profiles, integrated in a way that the Company claims to enable physicians to proactively diagnose and manage disease.  The Company represents that the data enables it to further develop, train, and refine predictive models and drive differentiated insights, which models and insights it deploys through its diagnostic and research solutions and portals to support clinicians and researchers and engage patients, all of which interactions it claims generate more data to continue the cycle.

15

33.    By providing differentiated insights through its revenue from its women's health and oncology diagnostic solutions.  During the Class Period, Sema4 sought to expand its business beyond diagnostic testing solutions to physicians and patients across the United States in areas such as reproductive health, population health, and oncology, the Company is reimbursed by payors, providers, and patients for providing these services.  In collaboration with pharmaceutical and biotech companies, the Company receives payments for a broad range of services relating to the aggregated data on and turned its information platform, such as consenting and recontacting patients, the development and implementation of a wide range of predictive models, including drug discovery programs, conducting real-world evidence studies, and aiding in the identification and recruitment of patients into clinical trials.

34.    The Company expected to expand the revenue from its focus to building and commercializing its health system and Biopharma partners.  The Company believed that its scale combined with its revenue-generating diagnostics testing business enabled it to build a significant and highly differentiated technological and informational asset.

43.    Additionally, the Company claimed to have developed a holistic health information platform, intelligence platform called Centrellis, to .

44.    During the Class Period, Defendants touted Centrellis as comprised of "a sophisticated data management and analytics engine" that had the capabilities to "transform the disease diagnosis and treatment paradigm for the entire healthcare ecosystem: patients, physicians, health systems, payers, and Biopharma companies . ."

35.45.  The Company claimed that its Centrellis platform was comprised of a data management backend that supported a wide array of databases, data warehouses, and knowledge bases, a data analytics layer to mine the data and construct predictive models that purportedly

16

provided differentiated insights, and a series of application programmable interfaces to enable tool and software applications to access the data and models.

36.46.  The Company asserted that Centrellis served as the underlying foundation of its precision medicine solution and that it comprised a sophisticated data management and analytics engine.  According to the Company, in the data management layer, its platformCentrellis processed and stored data in a highly structured and accessible way, which was then analyzed by an advanced insights engine in the analytics layer that deployed state-of-the-art AI, probabilistic causal reasoning and machine learning approaches, and complementary analytics capabilities to deliver accurate insights to patients, providers, and researchers across a broad range of applications.

47.    The Company touted its database as the "most comprehensive" and "fastest growing" in the industry, which was comprised of approximately 12 million de-identified clinical records, including more than 500,000 with genomic profiles, which the Company had obtained as a result of its health systems partnerships.  Defendants claimed that the health data was integrated in a way that enabled Centrellis to draw from the data and generate information that could be used by physicians to proactively diagnose and manage disease.

37.48.  The Company maintained that Centrellis was designed to transform treatment decisions across multiple therapeutic areas by engaging large-scale, high-dimensional data and querying the predictive models of disease and wellness using patient-specific data to derive highly personalized, clinically actionable insights. The Company asserted that Centrellis supported various applications, such as delivery of personalized and actionable treatment insights into clinical reports, clinical trial matching, real-world evidence trials and clinical decision support, through an advanced programmable interface, or API, layer.

49.    Since its inception, the Company has racked up significant net losses. For example, as of December 31, 2021, the Company had an accumulated deficit of about $575.4 million. Expanding its strategic partnerships was crucial to the Company's growth. Thus, the market reacted favorably to the Company's announcement ~~in~~at the start of the Class Period on January 18, 2022, that it would be acquiring GeneDx, Inc. ("GeneDx"), which provides rare disease diagnostic and exome sequencing services, in a $623 million acquisition. ~~Combining Sema4's platform~~

~~38.~~50. Sema4 claimed that combining Centrellis with GeneDx's services would allow Sema4 to become one of the largest genomic screening providers in the U.S. and ~~the Company stated that the acquisition~~ would allow it to greatly increase revenues to $350 million in 2022 for the combined companies~~, with Sema4's women's health expected to account for greater than half of that revenue~~. The acquisition agreement required, among other things, that Sema4 would pay consideration of $150 million in cash at closing and 80 million shares of Sema4's Class A common stock to be issued at closing. On May 2, 2022, the Company announced the closing of its acquisition of GeneDx.

**B.    Throughout The Class Period, Defendants Tout ~~The Company's Positive Results And Progress, Including Improving Reimbursement, ASPs, And Test Volumes~~ Centrellis**

~~39.    At the start of the Class Period, on March 14, 2022, Defendants touted the Company's successful 4Q and FY 2021 results as well as the Company's expected success for 2022. In a press release from that same day (the "March 14, 2022 Press Release"), Defendants claimed the increase in fourth quarter test volumes and the Company's record quarterly test volume, stating, *"Importantly, we continue to make substantial progress advancing key initiatives as evidenced by the nearly 83,000 resulted tests in the quarter, representing 37%*~~

*growth compared to 61,000 resulted tests in the same period a year ago."* Defendants stated that

the Company's increased revenue from $179.3 million in 2020 to $212.2 million in 2021 was

"driven primarily by an increase in testing volumes of both our Women's Health and Oncology

product lines."

40.    On a public conference call that same day, Ro represented that the Company was

making positive progress regarding increasing reimbursements from health plans.  Specifically,

Ro stated,

> *I should also remind you that from a reimbursement perspective, we had
> a bunch of irons in the fire this year to drive better payment so that the
> revenue attached to our volume starts to catch up. And if we do that, that
> will also be important to improving our gross margin profile in the second
> half of the year.*

51.    ~~In the March 14, 2022 Press Release, Defendants further~~Throughout the entirety of

the Class Period, Defendants touted the capabilities and prospects of Centrellis.  For example, at

the start of the Class Period on January 18, 2022, Defendants, in announcing that Sema4 had

reached an agreement to acquire GeneDx, stated:

> The acquisition strengthens Sema4's leadership, growth, and scale for its market-
> leading health intelligence and genomic screening offerings. Together, Sema4 and
> GeneDx will be one of the largest and most advanced providers of genomic clinical
> testing in the U.S., with a projected $350 million in pro forma 2022 revenue.
>
> Following completion of the acquisition, Sema4 will be optimally positioned to
> partner with health systems and biopharma companies to further transform the
> standard of care throughout the patient health journey. *GeneDx's leadership in rare
> disease diagnostic and exome sequencing services brings more than 300,000
> clinical exomes and over 2.1 million expertly annotated phenotypes to strengthen
> Sema4's 12 million de-identified clinical records for Centrellis®, its proprietary
> health intelligence platform[.] Sema4 plans to leverage this combined health
> information database to transform patient care and therapeutic development and
> enable precision medicine for all.*

~~41.~~52.  In a March 14, 2022 Press Release, Defendants similarly touted the Company's

Centrellis platform and the pending GeneDx's acquisition.  Specifically, Defendants stated,

***Combining GeneDx's clinical genomic solutions with our core women's health business allows us to better serve health system and pharmaceutical and biotech partners in a more holistic way. This transaction will significantly enhance the power of our Centrellis database by adding more than 2.1 million expertly curated phenotypes and well over 300,000 clinical exomes that GeneDx has generated to date.*** Following the close of the acquisition, Sema4 will have the most comprehensive clinically relevant data set available for our research and development purposes.

42.    Defendants reiterated Sema4's FY 2022 total revenue guidance of $215-$225 million (excluding GeneDx) based on these positive developments in the March 14, 2022 Press Release.

43.53.  On May 2, 2022, Defendants announced in a press release the closing of the GeneDx acquisition and that GeneDx's CEO, Stueland, and Schadt would serve as co-CEOs of the Company.  Defendants stated that in connection with the transition, Schadt planned towould focus more on science and growing the Company's data business., *i.e.,* Centrellis. In connection with the acquisition, the Company had successfully completed a $200 million private placement offering, which Pfizer participated in.

44.    On May 12, 2022, the Company announced its positive 1Q 2022 financial results and reaffirmed its FY 2022 guidance.  In a press release (the "May 12, 2022 Press Release"), Schadt was quoted as stating, "We delivered record test volume and expanded engagement across our health system partnerships."

45.    On a conference call on May 12, 2022, Ro represented that reimbursements and ASPs were improving and would continue to improve.  Specifically, Ro stated,

So on the pricing side, the most important thing, I think, is the fact that our team is materially strengthened from where it was even at the start of the year. We've, on the Sema4 side, expanded that team with a new leadership and then, of course, with GeneDx, massively increased the scale of that team. *So now that we've got a really significant capability that we didn't have just a few quarters ago, we're in a position to, I think, push on several fronts to drive better ASPs.*

> *Of course, on the oncology front, we've talked before about pushing forward with reimbursement for somatic profiling. That's making good progress and on track with our plan to realize better reimbursement by the middle part of the year.*

46.54.  At a healthcare conference on June 16, 2022, Defendants reiterated these positive trends.  For example, Stueland stated, *"there is top line growth in terms of volume, revenue and improved ASPs."* Stueland further touted the Centrellis platform, stating,

> *[W]hen you think about the data engine, Centrellis, that [Schadt] and the team have expertly built. That is an incredible combination of just being able to put a data engine that will be able to deliver improved and personalized health insights with our exome and genome as a backbone. That really enables something that is very different from any other company in this space.*

**C.    At The End Of The Class Period: Defendants Reveal, The Truth, To The Shock Risks Of Investors Defendants' Fraudulent Scheme Materialize**

47.    On August 15, 2022, after the market closed, Sema4 announced significant changes to its research and development business model and its R&D strategy, and its R&D leadership team, including that Defendant Schadt was resigning from the Company. The Company also disclosed that it was eliminating approximately 13% of its workforce as part of a series of restructuring and corporate realignments and that it would be eliminating the Company's somatic oncology testing business, which had negative gross margins.  Defendants announced that the Company would be shuttering its Branford, CT facility.

48.    During the related conference call, Kevin Feeley, SVP of Operations and Head of GeneDx, stated that

> *Sema4 has reversed $30.1 million of revenue this quarter related to prior periods. [This reversal was in connection with negotiations with] one of [Sema4's] larger commercial payors regarding the potential recoupment of payments for Sema4 carrier screening services rendered from 2018 to early 2022* …. [Management] believe[s] this reversal of revenue accurately

~~reflects and captures the potential risk of recoupment from [the Company's] entire portfolio of third-party payors[.]~~

~~49.    The Company also lowered its fiscal 2022 revenue guidance to a range of $245 million to $255 million, down from its prior guidance range of $305 million to $315 million. The reduced guidance was attributed in part to declining pricing, with *"ASPs in [Sema4's] complex reproductive health segment [at] about $520 in the quarter,"* which "compared to about $712 in the quarter prior." Joel Kaufman ("Kaufman"), VP of Finance & Corporate Development, stated~~. Defendants effectively admitted that, contrary to ~~Defendants' earlier~~their Class Period representations, *~~the Company is "expecting for the remainder of the year, at least double-digit sequential declines from 2Q into 3Q for those ASPs in the reproductive~~*they had failed to utilize and leverage human health data via Centrellis and thus lacked the capabilities Defendants had represented that it possessed. Defendants further effectively admitted that they had lacked a product strategy and that the Company's focus on increasing health *~~business."~~*

~~50.    Notably, Kaufman clarified that the reduced expectations were due to the legacy Sema4 business, stating: "The legacy Sema4 business, we're taking a more conservative view on both volume~~system partnerships ~~and~~ ~~ASPs, but we are revising our underlying assumptions at the legacy GeneDx business up based off of the demand we're seeing for the whole suite of GeneDx's products to date."~~

~~51.    Also on August 15, 2022, the Company filed its quarterly report for the period ended June 30, 2022, disclosing that it had established a reserve of $39.2 million for potential recoupments of payments previously made by third-party payors:~~

~~The Company is currently engaged in discussions with one of the Company's third-party payors regarding certain overpayments the Company allegedly received from the payor for services that the payor alleges are~~ accumulating vast amounts of human health data had ~~not~~ ~~covered by, or were not otherwise properly billed to, the payor. This payor has asserted in informal discussions that it will seek recovery or~~

~~recoupment in relation to the alleged overpayments if the matter cannot be settled. While the Company believes it has defenses to the payor's allegations, it is currently engaged in discussions seeking to~~

~~52.~~55.   ~~resolve the matter and~~ gotten the Company any ~~claim that may arise in connection~~

~~therewith in a mutually satisfactory manner.~~closer to creating Centrellis.  Specifically, Defendants

stated on a public conference call that day:

> ~~*As a result of this matter, and in connection with a review of certain billing policies and procedures undertaken by management following the acquisition of GeneDx, the Company considered the need to establish reserves for potential recoupments of payments previously made by third-party payors. As of June 30, 2022, the Company has established liabilities of $39.2 million as a result of this matter and other potential settlements with payors based on the current facts and an evaluation of anticipated results that the Company believes reasonable for all potential recoupments for all third-party payors combined*.~~
> *Our new management team has been reviewing our business lines and is acutely focused on assessing what's working and what's not. And as a result, we're making changes to ensure we strengthen our foundation and financials, so we can continue to realize our mission of unlocking insights from data, leading to healthier lives and in doing so, realizing value for our shareholders.* What remains the same is our vision to deliver personalized health and wellness plans for patients based on comprehensive data. How we realize that vision will be very different by virtue of strategy, execution and how we show up in the world….As I said earlier, our mission of delivering health insights from data remain strong, albeit with an evolution of that strategy …. *We're shifting from an academic spin-off strategy for R&D to a scalable one. Data insights will continue to be the way that we design our products roadmap, but we need to start by having a deliberate and clear strategy that puts an equal premium on scale as it does on innovation. This is true for how we're working with health systems as well as how we're going to productize our pharma offering. Our comprehensive data assets, including longitudinal clinical data, in addition to one of the world's largest data sets of approximately 400,000 clinical exomes, the vast majority of which are associated with rare disease, provides Sema4 an unparallel platform for pharma to leverage.*

56.     In addition, on the August 15, 2022 conference call, Stueland stated:

> [W]hat we are doing is taking a look at the existing health systems that we're working with. I think historically, they've been characterized as learning partnerships. *And what we're doing is working with them to figure out exactly how to ensure we can scale before we add additional health partnerships.* So right now, each one has a unique focus. One is focused on

hereditary cancer screening. Another is focused more on healthy mom and healthy baby. And that gives us an opportunity to be able to bring to our health system, the GeneDx suite of products in the pediatric setting. ***So we've actually hired somebody to join the team to be able to work with our new R&D leads to really build that road map to scale health systems before we continue to invest in yet another learning system. And so that is what our plan is.*** Once we have an approach to being able to scale them, I think we'll be able to provide a better insight in terms of how we might be able to go to market to bring more online…. ***But we have a lot of work to do to really pull those through and realize them into partnerships that will be gross margin positive. And again, what we want to do is spend some time figuring out how to productize that. So we can actually go to health systems with a very clear suite of services that we can provide to them rather than approaching each one as kind of a unique go-to-market approach.***

57.    Defendants further announced on August 15, 2022, that Defendant Schadt was resigning from the Company and that the Company was eliminating about 250 employees, bringing the percentage of legacy Sema4 workers that had been laid off since the start of the Class Period to about 30%. The Company announced that it had also hired two new R&D officers, stating,

> To lead our R&D evolution to a new chapter of innovation and scale, we are pleased to welcome Matt Davis, former Head of AI at Invitae, who is joining us as Chief Technology and Product Officer. Together with Gustavo Stolovitzky leading our research and data sciences effort, ***we will continue to invest in the development of commercial products, utilizing the data developed and curated on the Centrellis platform.***

~~53.~~58.  On this news, the Company's share price plummeted by $0.80, or ***33.33%,*** to close at $1.60 per share on August 16, 2022, on unusually heavy trading volume.

**D.    After The Class Period, The Risks Of Defendants' Fraud Continues To Materialize**

~~54.~~59.  On November 14, 2022, to the surprise of investors, Defendants announced the elimination of the Company's core business—its reproductive health testing market by year-end 2022, along with its somatic oncology testing operations, as these segments had been losing about

$35 million per quarter and faced multiple challenges in terms of reimbursement, lack of scale and competition.  In connection with the elimination of the reproductive health testing segment, Defendants stated they would close the Company's Stamford, CT lab.  Defendants stated that they had hired an advisor to find a buyer for the Company's reproductive health testing segment, but such efforts were unsuccessful.  Defendants stated that going forward, the Company's business would focus on GeneDx's more differentiated exome and genome testing focused on pediatric and rare disease markets.  Defendants also announced yet another workforce reduction of about 500 employees (or 1/3 of the workforce).

55.    On January 9, 2023, the Company issued a press release entitled "Sema4 Announces Name Change to GeneDx and Provides, which provided the Company's preliminary 2022 financial results and 2023 guidance.  WithinIn the press release, the Company stated the following:

STAMFORD, Conn, Jan. 09, 2023 (GLOBE NEWSWIRE) — Sema4 (Nasdaq: SMFR) today announced it has changed its name from Sema4 Holdings Corp. to GeneDx Holdings Corp. GeneDx (Nasdaq: WGS), a leader in delivering improved health outcomes through genomic and clinical insights, is uniquely positioned to accelerate the use of genomic and large scale clinical information to enable precision medicine as the standard of care.

GeneDx's industry-leading exome and genome testing is enhanced by Centrellis®, its innovative health information platform. Powered by one of the world's largest rare disease datasets and millions of medical records, Centrellis integrates digital tools with artificial intelligence to ingest and synthesize clinical and genomic data. GeneDx is developing a more complete understanding of complex disease than ever before, which translates to faster diagnoses, more effective treatment plans and enhanced drug discovery.

"For more than 20 years, GeneDx has earned the constant trust of the world's genetics experts, while pioneering and increasing the use of its clinically actionable exome and genome analysis. By combining the best of GeneDx and Sema4 to continue our growth, we sit at the intersection of diagnostics and data science, pairing decades of genomic interpretation expertise with an unmatched ability to analyze clinical data at scale. GeneDx now has the capability to combine the power

of genomic insights with clinical data to improve health care for people and populations," said Katherine Stueland, President and CEO of GeneDx.

In conjunction with the name change, GeneDx's shares of Class A common stock will trade under the new ticker symbol "WGS," in recognition of the Company's role in pioneering whole genome sequencing (WGS). The company expects its shares of Class A common stock will begin trading on the NASDAQ Stock Market under the new name and stock ticker symbol on January 10, 2023.

**Preliminary 2022 Financial Results (Unaudited)**

Excluding that revenues and costs from the previously announced exited reproductive health and somatic tumor testing businesses, management expects GeneDx to:

- Generate pro forma revenues would be between $170-173 million for 2022 – a far cry from Sema4's projection at the start of the Class Period that the Company would deliver $350 million in 2022, an approximate 37-40% increase from pro forma $123.7 million in 2021;
- Produce pro forma test result volume of more than 180,000 in 2022, an approximate 23% increase from pro forma test result volume of 147,000 in 2021; and
- Deliver pro forma adjusted gross margin between 38-41% in 2022, up from 34% in 2021[1].

"We are pleased by the acceleration of our business throughout 2022, especially the fourth quarter which set a new all-time high for test result volume. Our preliminary results, which exceeded our outlook a year ago, validate our strategy to target higher growth areas of the genomics market," said Kevin Feeley, Chief Financial Officer of GeneDx.

 revenue.  The Company projected 2023 **Guidance (Unaudited)**

The continuing operations of GeneDx, excluding revenues and costs from exited business activities, are expected to:

- Generate revenues between of $205–$220 million for full year 2023;
- Expand gross margin profile in 2023 and beyond;
- Use net $95-110 million of cash in 2023 for continuing operations. Inclusive of servicing obligations of the exited business activities, the Company's cash burn in 2023 isstated that it expected to be in the range of $130-145 million and;

[1] Adjusted gross margin is a non-GAAP financial measure. GeneDx has not provided a reconciliation of its preliminary, unaudited Adjusted Gross Margin to the most directly comparable GAAP measure because certain items excluded from GAAP cannot be reasonably calculated or predicted at this time. Accordingly, a reconciliation is not available without unreasonable effort.

56.60.  turn profitable in 2025.

GeneDx has not completed the preparation of its consolidated financial statements for the year ended December 31, 2022. The preliminary, unaudited results presented in this press release for the year ended December 31, 2022, are based on current expectations and are subject to adjustment, as the company completes the preparation of its 2022 year end consolidated financial statements and its 2022 year end audit. Further, the preliminary unadjusted results for 2022 and the comparable results for 2021 are presented on a pro forma basis assuming GeneDx and Sema4 were combined for the entirety of 2021 and 2022 and exclude the revenues and costs from the exited reproductive health and somatic tumor testing businesses. Actual results may differ materially from those disclosed in this press release and will include the results of the legacy GeneDx business only from the date of Sema4 Holdings Corp.'s acquisition of GeneDx on April 29, 2022, the purchase accounting associated with the acquisition of GeneDx, and will also include the financial impacts of exited Sema4 business activities for the full year.

GeneDx will report its full financial results and other metrics during its fourth quarter and year-end 2022 conference call in early March.

57.61.  On January 10, 2023, the *CT Insider* issued an article entitled "Embattled CT company Sema4 announces name change as it cuts jobs," which reported the following:

STAMFORD — ***Genomic testing company Sema4, which recently announced plans to cut several hundred jobs and close its laboratories in Connecticut, announced Monday the change of its name to GeneDx, the Maryland-based genomic testing provider that it acquired last year***.

The new name is the latest sign of the far-reaching impact of the acquisition of GeneDx, whose chief executive officer, Katherine Stueland, is now the combined companies' CEO and president.

Since its spin-off in 2017 from the Mount Sinai Health System, Sema4 had gone by that name, which refers to semaphore, a system used to send signals. In previous statements, the company has said it aimed to "discern signal from noise across trillions of data points" to gain insights into human health.

"For more than 20 years, GeneDx has earned the constant trust of the world's genetics experts, while pioneering and increasing the use of its clinically actionable exome and genome analysis," Stueland said in a statement. "By combining the best of GeneDx and Sema4 to continue our growth, we sit at the intersection of diagnostics and data science, pairing decades of genomic interpretation expertise with an unmatched ability to analyze clinical data at scale. GeneDx now has the

capability to combine the power of genomic insights with clinical data to improve health care for people and populations."

The name change does not indicate, however, any plans by the company to move its headquarters to Gaithersburg, Md., the home city of GeneDx. In response to an inquiry from Hearst Connecticut Media Group, a Sema4 spokesperson said Monday that the main offices would remain at 333 Ludlow St., in the South End of Stamford.

***But the lab shutdowns in Connecticut are proceeding. The facilities at 1 Commercial St., in Branford, and 62 Southfield Ave., in Stamford, are scheduled to close by the end of the first quarter of this year, according to the spokesperson. Those shutdowns, which were announced last year, reflect the company's exit from testing for reproductive health and somatic tumors. A facility in Gaithersburg will serve as the company's primary lab.***

As a result of the restructuring, the company also announced last year two rounds of layoffs, affecting a total about 700 employees — with those positions largely based in Connecticut. The company now has about 1,100 employees.

Alongside the name change, GeneDx's shares of Class A common stock will trade under a new ticker symbol, "WGS," which recognizes the company's role in "pioneering" whole genome sequencing. The company expects its shares of Class A common stock to start trading Tuesday on the NASDAQ Stock Market under the new name and ticker symbol.

Also Monday, the company disclosed preliminary results for the past year and some projections about its performance. It expects its "pro forma" 2022 revenues to increase about 37 to 40 percent year over year, to between $170 million and $173 million. Those numbers exclude returns from reproductive health and somatic tumor testing.

The company expects further revenue growth in 2023, while it aims to turn profitable in 2025. For the first nine months of 2022, it sustained a loss of about $240 million.

Following Monday's announcements, the company's shares closed for the day at $0.31, a 27 percent jump from last Friday. ***But its share price has declined precipitously in recent months, as it was worth about 15 times its current value at this point a year ago.***

***As a result of the plunge, the company was informed on Dec. 28 by Nasdaq that, based on the closing bid price of its Class A common stock for the past 30 trading days, it no longer complied with the required minimum bid price of $1 per share for continued listing on the Global Select Market.***

~~The notice had no immediate effect because the company was given an initial compliance period of 180 days. To regain compliance, the closing bid price of the Class A common stock must reach at least $1 per share for a minimum of 10 consecutive trading days before June 26.~~

## V.  MATERIALLY FALSE AND MISLEADING STATEMENTS

62.  ~~The Class Period begins on March 14, 2022. On that day~~The Class Period begins on January 18, 2022.  On that day, Sema4 announced in a press release titled "Sema4 to Acquire GeneDx, Strengthening its Market-Leading AI-Driven Genomic and Clinical Data Platform", that it had reached a deal to acquire GeneDx, a company focused on rare disease diagnostic and exome sequencing services.  Defendants touted the business combination in the press release as follows:

> The acquisition strengthens Sema4's leadership, growth, and scale for its market-leading health intelligence and genomic screening offerings. Together, Sema4 and GeneDx will be one of the largest and most advanced providers of genomic clinical testing in the U.S., with a projected $350 million in pro forma 2022 revenue.

> Following completion of the acquisition, Sema4 will be optimally positioned to partner with health systems and biopharma companies to further transform the standard of care throughout the patient health journey. ***GeneDx's leadership in rare disease diagnostic and exome sequencing services brings more than 300,000 clinical exomes and over 2.1 million expertly annotated phenotypes to strengthen Sema4's 12 million de-identified clinical records for Centrellis®, its proprietary health intelligence platform[.] Sema4 plans to leverage this combined health information database to transform patient care and therapeutic development and enable precision medicine for all.***

> "This acquisition gives us the opportunity to accelerate the use of genomics as standard of care by providing a deeper menu of precision medicine solutions to our health system partners to better meet their clinical needs," said Eric Schadt, PhD, Founder and CEO of Sema4. "Adding GeneDx's comprehensive dataset and capabilities to our offerings enables us to inform on an even broader range of diseases, further closing the gap between the practice of medicine and the availability of more clinically actionable guidance. GeneDx's operational prowess and market-leading cost structure in exome and genome sequencing will also help accelerate our path to improved gross margins and profitability."

63.  On January 18, 2022, the Company also held a public conference call.  On that call, Defendants further touted the GeneDx acquisition, stating:

*No other company will have the deep expertise in next-generation sequencing, rigorous science underpinning our clinical offerings and advanced capabilities to put these disciplines together with data-driven insights. The transaction will significantly enhance the power of our market-leading Centrellis database by adding more than 2.1 million expertly curated phenotypes and over 300,000 clinical exomes GeneDx has generated to date. The largest such effort of its kind in the clinical arena and growing.*

64.    Schadt further stated on the January 18, 2022 conference call:

On being able to pull the type of data GeneDx generates and aggregates around patients, what I'll say is *our whole history has been -- our whole play with different health systems in acquiring patient data and partnership with patients outside of the health systems has been how to take -- how to consume those different kinds of data, how to abstract from unstructured data, how to restructure those data, how to map those in a common data model so that they're comparable and can be integrated into 1 central database repository of the Centrellis platform and kind of seamlessly queried without having to worry about where they came from. That same technology that we've developed for those interactions will deploy into the GeneDx arena.* So we don't see anything that would hold us back from being able to rapidly consume everything that GeneDx has assembled and continues to assemble today.

~~58.~~65. On March 14, 2022, Sema4 announced its fourth quarter and full year 2021

financial results in a press release that stated, in relevant part:

**~~Sema4 Reports Fourth Quarter and Full Year 2021 Financial Results and Business Highlights~~**

~~March 14, 2022~~

*~~37% increase in fourth quarter test volumes (excluding COVID-19 tests) compared to the same period last year~~*

*~~Record quarterly test volume of nearly 83,000~~*

*~~24% growth in fourth quarter revenue (excluding COVID-19 tests) compared to the same period last year~~*

*~~Reiterating full year 2022 total revenue guidance of $215-225 million~~*

*~~Sema4 to host conference call today at 4:30 p.m. ET~~*

**STAMFORD, CT — March 14, 2022 —**Sema4 Holdings Corp. (Nasdaq: SMFR) ("Sema4"), an AI-driven genomic and clinical data intelligence platform company, today reported its financial results for the fourth quarter and full year ended December 31, 2021 and provided an update on key strategic and operational initiatives.

"2021 was a transformative year during which we grew our test volumes and patient database, further established Sema4 as a partner of choice for health systems, advanced our strategic objectives to accelerate the growth of our platform of algorithms, and listed on Nasdaq as a public company," said Eric Schadt, PhD, Founder and Chief Executive Officer of Sema4. "We are well positioned for 2022 and are excited to see the investments in our key initiatives begin to scale our core business and further grow our data engine. *We also continue to expect to close the acquisition of GeneDx by the end of Q2, which will significantly enhance the power of our Centrellis® platform and distance us as the market leader with the most comprehensive clinically relevant data set available for research and development purposes.*"

"I am pleased with our results in the quarter, and as we look ahead to 2022, I am encouraged by the trajectory of volumes and gross margins," said Isaac Ro, Chief Financial Officer of Sema4. "Investments in automation, people, and processes are now translating into tangible efficiencies. We expect gross margins to further improve throughout 2022."

**Fourth Quarter & Recent Highlights**

- Diagnostic testing volumes were up 37% in the fourth quarter of 2021 compared to the same period of 2020, with 82,966 tests resulted (excluding COVID-19 tests), including 142% growth in Oncology and 33% growth in Women's Health

- Total revenue increased 24% in the fourth quarter of 2021 (excluding COVID-19 testing revenue) compared to the same period of 2020, resulting in total revenue of $47.3 million compared to $38.2 million

- Published two papers in November 2021 in partnership with the Mount Sinai Health System demonstrating the ability of Sema4's machine learning algorithms to predict clinical outcomes and drive meaningful changes in the standard of care for postpartum hemorrhage

- *Announced the signing of a definitive agreement to acquire GeneDx, Inc. ("GeneDx") in January 2022, which is expected to strengthen Centrellis with more than 300,000 clinical exomes and over 2.1 million expertly annotated phenotypes*

- Entered into definitive agreements for a $200 million private placement financing from leading growth and life sciences investors, including Pfizer, in January 2022 in conjunction with the signing of the merger agreement for the pending GeneDx acquisition

- Strengthened Market Access Team in February 2022 with the addition of 30-year industry veteran, Jerry Conway, Sema4's SVP of Market Access

- Included in *Fast Company's* prestigious annual list of the World's Most Innovative Companies in March 2022; named as one of the top three most innovative data science companies

**Full Year 2021 Business Highlights**

- Signed three new health system partnerships with NorthShore University HealthSystem, AdventHealth, and Avera Health, launching broad precision medicine initiatives to improve health outcomes

- Further developed our clinical trial and testing solutions, real world evidence studies, and casual network models for drug discovery in oncology, autoimmune and rare diseases, while also launching new transformative partnerships focused on creating significant value for pharmaceutical and biotech companies

- Launched Sema4 Elements®, our portfolio of data science-driven products and services to support reproductive and generational health, including a newly enhanced version of Sema4's Expanded Carrier Screen for pregnancy planning

- Debuted on the Nasdaq Stock Market as a publicly traded company after completing a business combination with CM Life Sciences (Nasdaq: CMLF), a special purpose acquisition company (SPAC) sponsored by affiliates of Casdin Capital, LLC and Corvex Management LP

~~**Fourth Quarter and Full Year Financial Results**~~

*~~Total revenue for the fourth quarter of 2021 was $57.8 million compared to $64.0 million in the fourth quarter of 2020. Total revenue for the full year of 2021 was $212.2 million compared to $179.3 million for the full year of 2020. Year over year revenue growth was driven primarily by an increase in testing volumes of both our Women's Health and Oncology product lines.~~*

~~Cost of services was $60.6 million in the fourth quarter of 2021 compared to $69.6 million in the same period of 2020. The decrease was a result of lower volumes in our COVID-19 business and lower stock-based compensation expense, offset by increased headcount, investments in systems, and higher logistical and supply costs~~

due to increased volumes in our non-COVID-19 business. We anticipate these new investments will enable us to support continued volume growth with significantly higher cost efficiencies over time. Cost of services was $228.8 million for the full year of 2021 compared to $175.3 million for the full year of 2020. The annual increase was driven by increased stock-based compensation expense, increased headcount, and an increase in logistical expenses as a result of our expanded operations.

Adjusted cost of services, which excludes stock-based compensation expense and other one-time COVID-19-related expenses, was $58.0 million for the fourth quarter of 2021 compared to $43.5 million in the same period of 2020. Adjusted cost of services was $206.2 million for the full year of 2021 compared to $142.8 million for the full year of 2020.

Operating expenses for the fourth quarter of 2021 were $113.0 million compared to operating expenses of $119.4 million for the fourth quarter of 2020. The decrease in operating expenses was due in part to lower stock-based compensation expense, offset by higher personnel-related costs as we built out our laboratory operations and further invested in our health intelligence platform, as well as incremental public company expense. Operating expenses for the full year of 2021 were $429.5 million compared to operating expenses of $246.0 million for the full year of 2020.

Adjusted operating expenses, which excludes stock-based compensation, for the fourth quarter of 2021 were $78.6 million compared to $38.9 million in the same period of 2020. Adjusted operating expenses, which excludes stock-based compensation expense and non-recurring transaction expenses, for the full year of 2021 were $227.2 million compared to $138.7 million for the full year of 2020.

Net loss for the fourth quarter of 2021 was ($40.2) million as compared to a net loss of ($125.7) million for the same period in 2020. Fourth quarter of 2021 net loss included other income of $76.2 million tied to the decrease in liabilities attributable to warrant and earn-out contingent liabilities recorded in connection with the merger with CM Life Sciences. Net loss for the full year of 2021 was ($245.4) million compared to a net loss of ($241.3) million for the full year of 2020.

Total cash and cash equivalents were $400.6 million as of December 31, 2021. As of March 07, 2022, Sema4 had 244,959,781 outstanding shares of Class A common stock.

59.66.  Also on March 14, 2022, the Company held a conference call to discuss its fourth quarter and full year 2021 financial results.  During the call, Defendants represented the followingtouted Centrellis as follows:

~~ERIC E. SCHADT, FOUNDER, CEO & DIRECTOR, SEMA4 HOLDINGS CORP.: Thank you, Joel, and thank you, everyone, for joining us on our fourth quarter and full year 2021 financial results conference call. I will begin with an overview of our performance, including the recent drivers of our success and future drivers of growth before passing the call to Isaac for a financial update. We will then open the call for questions.~~

***~~2021 was a transformative year for Sema4, during which we drove record test volumes~~*** ~~and grew our clinical molecular and patient databases listed on NASDAQ as a public company and advanced our strategic objectives to accelerate the growth of our platform of algorithms. Overall, I'm very excited by our organizational progress during a year that had more disruptive macro issues than I would have imagined heading into 2021.~~

~~* * *~~

***~~In the fourth quarter, we delivered revenue of $47.3 million, excluding COVID, representing 24% growth compared to $38.2 million in the same period a year ago. Importantly, we continue to make substantial progress advancing key initiatives as evidenced by the nearly 83,000 resulted tests in the quarter, representing 37% growth compared to 61,000 resulted tests in the same period a year ago.~~***

~~* * *~~

***We believe that Centrellis is the most extensive and fastest-growing database of clinically relevant patient data in the industry***. Meanwhile, our next-gen sequencing capacity continues to expand, where we are expecting to grow genomic patient records more than 50% in 2022 over 2021.

* * *

We are excited to partner with Katherine Stueland, CEO of GeneDx and the team from GeneDx, who share our vision of leveraging genomics in large-scale clinical and multiomic data to enhance the standard of care through precision medicine in partnership with patients and providers. ***Combining GeneDx's clinical genomic solutions with our core women's health business allows us to better serve health system and pharmaceutical and biotech partners in a more holistic way. This transaction will significantly enhance the power of our Centrellis database by adding more than 2.1 million expertly curated phenotypes and well over 300,000 clinical exomes that GeneDx has generated to date. Following the close of the acquisition, Sema4 will have the most comprehensive clinically relevant data set available for our research and development purposes.***

* * *

We are pleased to have recently announced our partnership with BioSymetrics focusing on data driven drug discovery to advance precision medicine. ***Together, we will leverage our proprietary health intelligence platform, Centrellis, in combination with Elion, BioSymetrics' phenotypic drug discovery platform to both experimentally validate our AI-based disease and risk models and to discover new treatments initially in cardiovascular, rare and neurological diseases***.

* * *

***This brings me to an update on our expanding data platform. We are pleased to see our growing patient and provider engagement translate into increasing test volumes with a total of 292,000 tests resulted in 2021, excluding COVID. This represents annual growth of 41% when compared to 208,000 tests resulted in 2020***.

***All areas of our core business are contributing to test volumes, including our recently launched product, Sema4 Elements***. Sema4 Elements is part of our women's hub portfolio and enables providers to treat patients holistically during their reproductive cancer and generational health journeys.

* * *

ISAAC RO, CFO, SEMA4 HOLDINGS CORP.: Thank you, Eric. Turning to our fourth quarter and full year 2021 financial results. ***Total revenue for the fourth quarter of 2021 was $57.8 million, down 10% compared to $64 million in the fourth quarter of 2020. Diagnostic test revenue was $56.1 million in the fourth quarter of 2021, down 9% compared to $61.6 million in the same period of 2020. COVID-19 testing revenue in Q4 was $10.5 million, down 59% year-over-year, but was up 151% sequentially from the third quarter of 2021. Other revenue totaled $1.7 million in the fourth quarter of 2021 compared to $2.4 million in the fourth quarter of 2020. Excluding COVID-19, total revenue for the company in the fourth quarter of 2021 was up 24% year-over-year.***

***Total revenue for 2021 was $212.2 million, up 18% compared to $179.3 million in 2020. Diagnostic test revenue was $205.1 million in 2021, up 17% compared to $175.4 million in 2020. COVID-19 testing revenue in 2021 was $34.4 million, representing an annual increase of 4.8%. For the full year, other revenue totaled $7.1 million in 2021 compared to $4 million in 2020. The increase was mainly attributable to growth in collaboration service activities related to new partnerships with biopharma. Excluding COVID-19, total revenue for the full year of 2021 was up 21%.***

***Turning to volumes. We resulted approximately 83,000 diagnostic tests during the fourth quarter of 2021, excluding COVID-19. That was up 37% compared to***

*the same period in 2020. We recorded 142% volume growth in oncology and this category now accounts for 6% of our total volume, excluding COVID-19.*

*Women's health volumes grew 33% in the fourth quarter compared to the same period in 2020. For the full year of 2021, we resulted approximately 292,000 diagnostic tests, excluding COVID 19, up 41% compared to the full year of 2020.*

\* \* \*

BRANDON COUILLARD, EQUITY ANALYST, JEFFERIES LLC, RESEARCH DIVISION: Maybe just start with Eric. In terms of the health systems, it'd be great to just maybe get some more detail, some more color on how you think those relationships are progressing? And I'm just trying to get a feel for how much these are contributing today, what the right metrics are that we should look at and where you kind of see those partnerships that you have today advancing over the next 12 months?

ERIC E. SCHADT: *Yes. Again, we're like super pleased with the health system partnerships we formed today and the performance between the Mount Sinai system, NorthShore and Avera in terms of testing volume now accounts for a substantial percentage of the testing volume. So the uptake and drive into those systems is going well. We talked about the level of uptake in the NorthShore system with respect to the genomic health screening as part of their population health program and the amount of translation of those screenings into heritable cancer screening. So that's all gone amazing and having over 90%. Not only 90% of those primary care physicians ordering that testing, but over 80% indicating changes, substantial increases in standard of care, like are amazing*.

\* \* \*

MAX MASUCCI, SENIOR ANALYST, COWEN AND COMPANY, LLC, RESEARCH DIVISION: I would just be curious to start, was the deal with Biosymetrics driven more by Sema4's core capabilities with Centrellis? Or did GeneDx's whole exome database play a factor?

ERIC E. SCHADT: *Yes, driven initially completely by the Centrellis platform, engaging a partner with significant high-content screening type capabilities, the ability to experimentally validate across a broad array of experimental systems, the kinds of predictions we make and the complex models we put together for disease*.

*So helping validate and progress those models for better actionability, whether it's in clinical test, the clinical genomic testing or in the drug discovery partnerships we have with pharmaceutical companies, but then also better leveraging from our information assets to progress targets on our own in partnership with Biosymetrics.*

The add of GeneDx into the mix just kind of accelerates in my view, the utility of that platform, especially in the rare disorder arena where the scales of data GeneDx brings to the table and the breadth of their testing across all of the children's hospitals and kind of that rare disorder space kind of gives us definitely a strategic advantage in kind of from identifying and prioritizing targets that we may progress to finding the right patient populations to further assess those models.

* * *

UNIDENTIFIED ANALYST: Great. And then looking forward to continued strong growth in your oncology business. Any additional color on the women's health versus oncology mix we can expect for the year?

ISAAC RO: *Yes. Maybe just high level, I would say that you're seeing the volume growth each of the last 2 quarters in oncology, triple digits. So while it's still relatively small absolute values versus the women's health business, you can clearly see that it is the fastest-growing part of our franchise, #1. And #2, we're growing much faster than the end markets. that we serve in that category.*

*So a lot of that's being enabled by the health system progress that we're making.* Eric touched on a lot of that. So we feel really good about the opportunity for our oncology franchise going forward. *I should also remind you that from a reimbursement perspective, we had a bunch of irons in the fire this year to drive better payment so that the revenue attached to our volume starts to catch up. And if we do that, that will also be important to improving our gross margin profile in the second half of the year.*

So lots going on in the oncology business on the internal side that's really positive and worth highlighting. And as we think about the feedback that we're getting, again, the consortium that we held with our health system partners, they're really excited about what we're able to enable for them and their patients with the data that wraps around the test ourselves -- themselves.

ERIC E. SCHADT: *Yes. And maybe I just wanted to add a little on top of that, that it's -- on the women's health side, one of the big plays that we're making there and that are driving a significant part of that growth is through the oncology connection with women's health with diseases like breast and ovarian, endometrial cancer being reproductive health diseases and kind of offering our heritable cancer genomic testing solution in that arena, where we're getting kind of the best uptake in more traditional OB-GYN channels. And of course, also the partnerships around the somatic tumor profiling connected that with respect to breast and ovarian. So there's a lot of connectivity, again, driving across those different channels and in particular, with the health systems.*

And what I'll also say to Isaac's point on the fast growth and uptake in these systems on the oncology solution is kind of representative of there is no full precision oncology solution today. Nobody really has that today. And again, the testing is part of it, liquid biopsy may be part of it, the data is part of it, the patient engagement is part of it. But what the systems really need, what the physicians really need is a way to more effectively manage, engage that information, make decisions over time, and it's not a onetime episodic test that gets flipped. It's a way more holistic wraparound solution that we're providing.

60.67.  Also  On March 14, 2022, the Company filed its annual report on Form 10-K for the period ended December 31, 2021 (the "2021 10-K"). The 2021 10-K also purported to warn claimed:

*If third-party payors, including managed care organizations, private health insurers and government health plans, do not provide adequate reimbursement for our tests, or seek to amend or renegotiate their fee reimbursement schedules, or if we are unable to comply with their requirements for reimbursement, our commercial success could be negatively affected.*

Our ability to increase the number of billable tests and our revenue therefrom will depend on our success in achieving reimbursement for our tests from third-party payors. . . .

\* \* \*

A significant portion of the payments for our tests are paid or reimbursed under insurance programs with third-party payors. *To contain reimbursement and utilization rates, third-party payors often attempt to, or do in fact, amend or renegotiate their fee reimbursement schedules. Loss of revenue caused by third-party payor cost containment efforts or an inability to negotiate satisfactory reimbursement rates could have a material adverse effect on our revenue and results of operations.*

Furthermore, in cases where we or our partners have established reimbursement rates with third-party payors, we face additional challenges in complying with their procedural requirements for reimbursement. These requirements often vary from payer to payer and are reassessed by third-party payors on a regular basis, and we have needed additional time and resources to comply with them. We have also experienced, and may continue to experience, delays in or denials of coverage if we do not adequately comply with these requirements. Our third-party payors have also requested, and in the future may request, audits of the amounts paid to us. We have been required to repay certain amounts to payers as a result of such audits, and we could be adversely affected if we are required to repay other payers for alleged overpayments due to lack of compliance with their reimbursement policies.

In addition, we have experienced, and may continue to experience, delays in reimbursement when we transition to being an in-network provider with a payer.

We expect to continue to focus our resources on increasing adoption of, and expanding coverage and reimbursement for, our current tests and any future tests we may develop or acquire. If we fail to expand and maintain broad adoption of, and coverage and reimbursement for, our tests, our ability to generate revenue could be harmed and our future prospects and our business could suffer.

61.     The statements in ¶¶55-57 were false and misleading.  For instance, among the other reasons alleged herein, FE 1, who served as Senior Vice President of Production and Bioinformatics at the Company from February 2020 to September 2022, stated that there was a piece of technology called Centrellis at the Company.  According to FE 1, if one viewed the Company's marketing materials or disclosures, they stated that the Company had AI called Centrellis that enabled the Company to perform different capabilities.  According to FE 1, however, Centralis never existed.  According to FE 1, Defendants represented that Sema4 had AI called Centrellis to tout itself as a data company rather than just a diagnostics company to increase the Company's valuation.

62.     Additionally, according to FE 1, Defendants absolutely knew that the Company's reimbursements were at risk as early as mid-2020.   In fact, FE 1 received an email from CEO Schadt stating in mid-2020 that "[t]he reimbursements are under attack."  According to FE 1, this statement meant that payors and health systems were claiming that they did not have to pay the Company's bills at the full rate because the payors and health systems were claiming that the Company was charging prices that were too high.  FE 1 stated further that CEO Schadt charged chief health information officer, Rong Chen, with the task of writing a paper that would demonstrate better outcomes from the comprehensive panel test. According to FE 1, CEO Schadt did so because, at this point, there were already hundreds of thousands of patients, and Schadt requested Chen to get out and write some papers as urgently as possible.  FE 1 stated that because

Defendants knew that the Company's reimbursements were going to suffer if the Company did not have a publication to back up the reimbursements, the Company was conducting big, intensive research projects to try to get out in front of the fact that Defendants knew that their position on reimbursement was weak. According to FE 1, Defendants knew that the Company's billing was not supported by the current standard of care or science.

63.    FE 1 also stated that often physicians would order tests on one or two genes and would select one particular gene they wanted to know about or would select a disease-specific panel of seven to 10 genes. However, according to FE 1, the Company would always test them the same way—which was to test about 500 genes. FE 1 stated further that Expanded Carrier Screening was the Company's flagship product, which tested a little over 200 genes. According to FE 1, the Company then launched a second version of the Expanded Carrier Screening Test in mid-2021, which tested over 500 genes. FE 1 stated, however, that the Company had panels where a physician could test only the genes that were relevant for breast cancer or other medical conditions. According to FE 1, although physicians would order a subset of tests, the Company would invoice for the full test. FE 2, who served as Director, Alliance Management Business Development at Sema4 from 2021 through September 2022, further confirmed that no matter what type of test physicians ordered, the Company would run the same expansive testing. FE 2 did not feel that the Company was adhering to the gold standard in genetic reporting, noting that there was no peer-reviewed validation of the Company's testing.

64.    Additionally, FE 5, who worked as a Billing Authorization Supervisor at Sema4 from February 2018 through September 2020, personally received calls on behalf of insurers "regularly" requesting refunds for overpayments—"a bare minimum of two or three times a month." There were eight to nine other people besides FE 5 who were responsible for answering

such calls. FE 5 and FE 5's coworkers relayed these messages to their manager, Revenue Cycler Manager, Marta Ales ("Ales"), but Ales directed them to send the messages to voicemail. FE 5 understood this to mean that their manager did not intend to follow up with the insurer inquiries. FE 5 believed that indeed Ales did not address these inquiries because FE 5 would continue to receive such calls. According to FE 5, Ales and Ales' colleagues "used to joke about how they weren't going to get their money back. Someone on behalf of the insurance company would be saying there was an overpayment and they'd like a refund. The manager would laugh and have it sent to her phone and not pick up."

65. FE 6, who worked in various roles in Sema4's billing department from July 2018 until March 2022 has a similar account as FE 5. FE 6 stated for example that for most of 2021, FE 6 was responsible for retrieving the Company's mail and recalled receiving letters on behalf of insurers requesting recoupments for overpayments throughout that time. FE 6's manager, Ales, told FE 6 and FE 6's coworkers that "the higher-ups had said to disregard them, and they'd provide instructions later. And I never received an instruction." FE 6 believed that these orders came from Sean Lunde, Sema4's Vice President, Finance and Strategy. FE 6 and his coworkers would shred such letters, which FE 6 thought was "crazy."

66. Moreover, FE 3 and FE 4, both of whom worked as Women's Health Services Representatives from August 2021 through November 2022, and from June 2021 to November 2022, respectively, stated that Sema4 was out of network with most health plans, which in their view, was harmful to the Company's prospects. FE 4 stated that the Company was out of network "with everybody. They were billing these astronomical rates and [ ] writing off the patient's portions. Being in network is important. Sometimes I felt that they were purposefully staying out of network because they could bill higher rates." FE 3 stated that Sema4's lack of being in network

41

with more major payors was "a major obstacle" to the Company's success. FE 3 further stated, "It was clearly an unprofitable business, based on how many tests were run and by the amount of reimbursements."

67.    FE 3 and FE 4 both stated that, contrary to Defendants' Class Period representations, the Company's core women's health testing segment had been struggling.  FE 4 stated, "When GeneDx merged, I said the women's health division was going to go under and they'd take our hereditary cancer testing, because that was the only profitable test we sold.  The rest of them were losses." FE 3 stated, "on the OB/GYN side, [customers] weren't really interested in the tests."

68.    On May 12, 2022, Sema4 announced its first quarter 2022 financial results in a press release that stated, in relevant part:

**Sema4 Reports First Quarter 2022 Financial Results and Business Highlights**

May 12, 2022

***Total revenue of $53.9 million***

1,300 basis points of sequential adjusted gross margin improvement

Reaffirming full year 2022 pro forma revenue target

New operating model and focus on efficiencies to reduce 2022 cash burn by an estimated $50 million, extending cash runway into 2024

Sema4 to host conference call today at 4:30 p.m. ET

STAMFORD, Conn., May 12, 2022 (GLOBE NEWSWIRE) -- Sema4 Holdings Corp. (Nasdaq: SMFR) ("Sema4"), an AI-driven genomic and clinical data intelligence platform company, today reported its financial results for the first quarter ended March 31, 2022 and provided an update on key strategic and operational initiatives.

"I am very pleased by our start to the year, which shows fundamental improvements from a financial perspective, as well as significant progress across our strategic objectives. ***We delivered record test volume and expanded engagement across our***

*health system partnerships,"* said *Eric Schadt, PhD, President and Chief Research & Development Officer of Sema4.* "We were also delighted to complete the acquisition of GeneDx and welcome Katherine Stueland as our new CEO to further scale, operationalize, and strengthen Sema4."

"With the strength of Sema4's platform, the addition of GeneDx will accelerate the delivery of precision medicine and enable even broader data capabilities than before. We have strong momentum that puts us on a path to deliver on our 2022 pro forma revenue target of $350 million. In addition, we are focused on operating efficiencies that will reduce 2022 cash burn by an estimated $50 million compared to our original plan, extending our cash runway into 2024," said Katherine Stueland, Chief Executive Officer of Sema4. "Since closing the GeneDx acquisition, we have streamlined our leadership team and established a new, agile operating model to drive growth, operating efficiency, and the delivery of transformational partnerships, all of which put us on a scalable path to profitability. With this focus, we can realize our vision of applying the use of genomics and large-scale clinical data to set a new standard of care, enabling comprehensive family health, from planning a pregnancy through every stage of life."

**First Quarter & Recent Highlights**

- *Testing volumes were up 27% in the first quarter of 2022 compared to the same period of 2021, with 84,925 tests resulted (excluding COVID-19 tests)*

- *Total revenue in the first quarter of 2022, excluding COVID-19 testing revenue, was $50.1 million compared to $48.3 million in the same period of 2021. Total revenue in the first quarter of 2022, including COVID-19 testing revenue, was $53.9 million compared to $64.2 million in the same period of 2021*

- Completed the acquisition of GeneDx, Inc. ("GeneDx") at the end of April accelerating the Company's path to improving gross margins and ultimately towards profitability

- Streamlined the leadership team to enable focused execution across key growth priorities, operating efficiency, and transformational health system and biopharma partnerships

- Closed $200 million in financing via private placement from leading growth and life sciences investors, including Pfizer, in conjunction with the completion of the GeneDx acquisition

- Expanded REPRESENT study in March to run nationally in partnership with community oncologists caring for patients with advanced cancer in diverse and traditionally underserved populations

**First Quarter 2022 Financial Results**

*Total revenue for the first quarter of 2022 was $53.9 million compared to $64.2 million in the first quarter of 2021. The decline in year over year revenue was primarily attributable to a decrease in COVID-19 test volumes as a result of the decision to discontinue testing services at the end of the first quarter of 2022. This was partially offset by an increase in testing volumes of both our Women's Health and Oncology product lines. First quarter revenue growth was 4% year-over-year and 6% sequentially (excluding COVID-19 testing revenue) vs. the fourth quarter of 2021.*

Gross margin for the first quarter of 2022 was 10%. Adjusted gross margin for the first quarter of 2022 was 13%, as compared to adjusted gross margin of 22% for the same period in the prior year. Adjusted gross margin was up roughly 1,300 basis points sequentially vs. the fourth quarter of 2021.

Operating expenses for the first quarter of 2022 were $94.9 million. Adjusted operating expenses for the first quarter of 2022, which excludes stock-based compensation, restructuring, and transaction expenses, were $71.8 million compared to $43.9 million in the same period of 2021.

Net loss for the first quarter of 2022 was ($76.9) million. Adjusted net loss for the first quarter of 2022 was ($65.9) million compared to ($24.9) million in the same period of 2021.

Total cash and cash equivalents were $315.0 million as of March 31, 2022 and the Company's $125 million revolving credit facility remains undrawn, bringing total liquidity to $440.0 million. As of April 29, 2022, Sema4 had 377,249,186 outstanding shares of Class A common stock.

Also By combining our data-driven approach and our deep understanding of health system workflows, we have developed a holistic health information platform, Centrellis, to transform the disease diagnosis and treatment paradigm for the entire healthcare ecosystem: patients, physicians, health systems, payers, and Biopharma companies. *The Centrellis platform is comprised of a data management backend that supports a wide array of databases, data warehouses, and knowledge bases, a data analytics layer to mine the data and construct predictive models that provide differentiated insights, and a series of application programmable interfaces to enable tool and software applications to access the data and models.* Centrellis serves as the underlying foundation of our precision medicine solution and *comprises a sophisticated data management and analytics engine.*

In the data management layer, *our platform processes and stores data in a highly structured and accessible way, which is then analyzed by an advanced insights engine in the analytics layer that deploys state-of-the- art AI, probabilistic causal*

*reasoning and machine learning approaches, and complementary analytics capabilities to deliver increasingly accurate insights to patients, providers, and researchers across a broad range of applications.*

*Centrellis is designed to transform treatment decisions across multiple therapeutic areas by engaging large-scale, high-dimensional data and querying the predictive models of disease and wellness using patient-specific data to derive highly personalized, clinically actionable insights.* Centrellis supports various applications, such as delivery of personalized and actionable treatment insights into clinical reports, clinical trial matching, real-world evidence trials and clinical decision support, through an advanced programmable interface, or API, layer.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### Centrellis: Our Health Information Platform Solution
*By combining our data-driven approach and our deep understanding of health system workflows, we have developed a holistic health information platform, Centrellis, to transform the disease diagnosis and treatment paradigm for the entire healthcare ecosystem: patients, physicians, health systems, payers, and Biopharma companies.* Centrellis is the culmination of our critical competencies and goals as a company:

• technologies aimed at patient and provider engagement,

• the generation, aggregation and standardization of multi-dimensional data, and

• the modeling and generation of differentiated, domain-specific insights

Driven by the virtuous cycle and interconnection of our clinical diagnostics products, rich data assets, database engineering and data science applications, *we continue to evolve and deploy our platform to facilitate a better understanding of disease and wellness and improve the standard of care through information driven knowledge and understanding.*

*Provider Engagement Technologies: Our Next Generation Tools*

*We have built comprehensive solutions in Centrellis that enable clinicians, researchers, and patients to engage with the relevant structured health data and to leverage our predictive models of disease and wellness and produce clinically actionable insights.*

*For clinicians and researchers, we have designed Centrellis's adaptive learning capabilities and tools to enable health systems and clinicians to manage their patient care, research, and health data in one place and to adapt to rapidly changing scientific and clinical norms through an advanced programmable interface, or API, layer*, including:

45

• Integration and on-boarding for health systems and practices that connects data from EMRs and disparate and varied databases,

• Searching and analyzing cohorts of patients, allowing an assessment of their patient populations and quality of care in real-time,

• Enabling clinical decision support and personalized and actionable treatment insights into clinical reports,

• Identifying patients who are candidates for certain clinical genomic analyses,

• Managing the clinical analysis ordered for their patients, from ordering, tracking, resulting, and reanalyzing based on new findings,

• Supporting clinical care and research by matching patients to available clinical trials based on highly personalized inclusion and exclusion metrics, and

• Informing on administrative decisions including as they relate to patient growth, total cost of care, and risk identification and mitigation.

*\*\**

*Activating Data Through Generation, Curation and Engineering*

*We designed Centrellis to create an accessible and usable database that can support interpretation consistently across patient populations represented within the broad healthcare ecosystem. Centrellis aggregates large-scale and diverse data, abstract and structure informative unstructured data, and finally integrate the data into an accessible, web-scalable data warehouse that employs a common data model across a broad series of databases.*

*Unstructured data*
*derived from EMR and associated data are run through multiple pipelines leveraging machine learning-enabled natural language processing, augmented as needed by human annotators, to extract information and knowledge from that data and then structure and implement extensive quality assurance processes for the resulting annotations.* Our multiscale, integrative strategy allows us to connect the processed EMR data with complex biological data from many sources, such as the genome, proteome, transcriptome, epigenome, and microbiome. Our standardization of the genomic and EMR data also allows us to pursue strategic relationships in the Biopharma industry, connecting Biopharma companies with clinicians and researchers to create computational models of disease, discover and validate targets and biomarkers, help design clinical trials and recruit patients, and support the collection of real-world data and evidence.

68.    The statements in ¶¶62-67, 84, 85, 87, and 88, were materially false and/or misleading because they misrepresented or failed to disclose that, *inter alia,* (a) Defendants represented that Sema4 had developed an AI-driven platform called Centrellis so that they could tout Sema4 as a data company rather than just a diagnostics company to increase the Company's valuation; (b) Centrellis was not, *inter alia,* "an accessible and usable database that [could] support interpretation consistently", and Centrellis did not "store[] data in a highly structured and accessible way, which is then analyzed by an advanced insights engine"; (c) indeed, Centrellis could not utilize, leverage, analyze, or use human health data in any meaningful way, and as such, was nonexistent; (d) the Company had years left of efforts and would need billions of more dollars for Centrellis to realize its stated capabilities; (e) regulatory hurdles concerning patient consent were undermanaged and stymied the Centrellis project; (f) the Company had no product strategy for Centrellis; (g) Sema4's focus on increasing health system partnerships and accumulating human health data did nothing to advance Centrellis's commercial viability; (h) a commercially viable platform would have a data set that was well curated, growing, and features which would allow users to access data and parse data – and Sema4 had achieved none of those things with Centrellis, and; (i) as a result of (a)-(h), Defendants had no reasonable basis for their projections following the GeneDx acquisition, such as their projection that the Company would generate $350 million in revenue for 2022.

69.    On May 12, 2022, Sema4 filed with the SEC its Form 10-Q in connection with its Q1 2022 financial results. The Q1 2022 10-Q purported to warn that:

> *We have limited experience with the development and commercialization of our databases and our health information and genomic platforms.*
> *We have limited experience with the development or commercialization of clinical or research products in connection with the databases we manage and to which we have access, including our Centrellis [] platform[].* Our partners' usage of an advanced machine learning engine for therapeutic decision-making are at an

early stage of development and usage under current and proposed collaborations, and we are continuing to develop new processes that may support the development of new therapeutics applications such as the delivery of personalized clinically actionable insights into clinical reports, clinical trial matching, real-world evidence trials, and clinical decision support, via an advanced programmable interface layer. Although our partners have invested significant financial resources to develop and utilize new technologies to support preclinical studies and other early research and development activities, and provide general and administrative support for these operations, *our future success is dependent on our current and future partners' ability to successfully derive actionable insights from the database and our platform,* and our partners' ability, where applicable, to obtain regulatory approval for new therapeutic solutions based off existing models or to obtain regulatory approval and marketing for, and to successfully commercialize, new therapeutics. *The use of our platform and the databases it manages and to which it has access for these purposes will require additional regulatory investments for Centrellis, such as "good practice" quality guidelines and regulations ("GxP"), and data quality and integrity controls.*

\*\*\*

*We may not be able to manage our future growth effectively, which could make it difficult to execute our business strategy.*

….We plan to develop and launch new versions of our Centrellis [] platform[] and our core diagnostic products, which will affect a broad range of business processes and functional areas. The time and resources required to implement these new systems is uncertain, and failure to complete these activities in a timely and efficient manner could adversely affect our operations.

\*\*\*

*We need to scale our infrastructure in advance of demand for our products and services, and our failure to generate sufficient demand for our products and services would have a negative impact on our business and our ability to attain profitability.*

Our success depends in large part on our ability to extend our market position, to provide customers with high-quality health reports and health information and data science services in a manner that differentiates us from our competitors, and to deploy technologies and achieve sufficient volumes to realize economies of scale. In order to execute our business model, we intend to continue to invest heavily in order to significantly scale our infrastructure, including our lab infrastructure and testing capacity and our information and computing systems, expand our commercial operations, customer service, billing and systems processes and enhance our internal quality assurance program.  We will also need to enhance our capacity for data privacy management as we scale our infrastructure. We expect that much of this growth will be in advance of both demand for our products and services as well as our ability to diversify our offerings, including services related

to Centrellis … and the databases we manage and to which we have access, and our ability to find appropriate partners through collaborations and acquisitions…. ***Even if we are able to successfully scale our infrastructure and operations while successfully diversifying our offering, we cannot assure you that demand for our products and services, including our Centrellis platform, will increase at levels consistent with the growth of our infrastructure. If we fail to generate demand commensurate with this growth or if we fail to scale our infrastructure sufficiently in advance of demand to successfully meet such demand, our business, prospects, financial condition and results of operations could be adversely affected.***

70.     The foregoing statements were materially false and/or misleading because Defendants couched such statements as "hypothetical" risks to Sema4's business, but these risks were already materializing at the time of Defendants' so-called warnings.  Further, the foregoing statements were materially false and/or misleading because they misrepresented or failed to disclose, *inter alia,* (a) Centrellis could not utilize, leverage, analyze, or use human health data in any meaningful way, and as such, was nonexistent; (b) the Company had five years or more left of hard work to do and would need billions of more dollars for Centrellis to realize its stated capabilities; (c) regulatory hurdles concerning patient consent were undermanaged and stymied the Centrellis project and the Company needed, but did not have, a regulatory department; (d) the Company had no product strategy for Centrellis; (e) Sema4's focus on increasing health system partnerships and accumulating human health data was not advancing Centrellis's commercial viability, and; (f) Sema4 had achieved none of the aspects needed to create a commercially viable platform with Centrellis, including  a data set that was well curated, growing, and features which would allow users to access data and parse data.

~~69.~~71.  On May 12, 2022, the Company held a conference call to discuss its first quarter 2022 financial results.  During the conference call, ~~Defendants~~Schadt represented the following:

~~ISAAC RO, CFO, SEMA4 HOLDINGS CORP.: Thank you, Eric. Turning to our financial results for the first quarter of 2022.~~ ***Total Sema4 revenue in the first quarter of 2022 was $53.9 million compared to $64.2 million in the first quarter***

*of 2021. Excluding COVID-19, total revenue in the first quarter was $50.1 million, up 4% year-on-year and up 6% versus the fourth quarter of 2021. Regarding volumes, we achieved a new record this quarter with 84,925 resulted tests, excluding COVID. This represents a 27% year-over-year increase versus the first quarter of 2021. Women's Health grew 23% and Oncology grew 159%.*

\* \* \*

MARK ANTHONY MASSARO, MD & LIFE SCIENCE & DIAGNOSTIC TOOLS ANALYST, BTIG, LLC, RESEARCH DIVISION: Congrats on the quarter. I guess I wanted to ask about underlying volume trends. Do you think that the 23% and 159% growth rates in Q1 for Women's Health and Oncology are reasonable run rates as we look out later into this year? And maybe can you just remind us where exactly, maybe help us think about the particular growth rates between legacy Sema4 and legacy GeneDx?

ISAAC RO: Mark, thanks for that question. So just a reminder that Q1 this year was a comp over the peak COVID period last year, right? So I'm sure you knew that. But as we think about the rest of the year, we feel really good about what we're seeing in the channel with our commercial team. We're obviously just getting married together between the 2 sides. *So we think that we're off to a strong start. That should continue as the year progresses. We'll, of course, provide more detail on the quarters as we progress into the year. But right now, we're off to a strong start. We thought it was sufficient to reiterate the guidance.*

\* \* \*

OPERATOR: Our next question comes from Brandon Couillard with Jefferies.

MATT KIM: This is Matt on for Brandon. Just one quick one on pricing. It looked like solid progress there sequentially in the quarter. Can you just talk about some of the initiatives you expect to come online in the back half of the year that you previously highlighted, I think, in oncology and market access and kind of where you see ASPs headed from here for the rest of the year?

ISAAC RO: Sure. Matt, thank you. So on the pricing side, the most important thing, I think, is the fact that our team is materially strengthened from where it was even at the start of the year. We've, on the Sema4 side, expanded that team with a new leadership and then, of course, with GeneDx, massively increased the scale of that team. *So now that we've got a really significant capability that we didn't have just a few quarters ago, we're in a position to, I think, push on several fronts to drive better ASPs.*

*Of course, on the oncology front, we've talked before about pushing forward with reimbursement for somatic profiling. That's making good progress and on track with our plan to realize better reimbursement by the middle part of the year. And*

*then on the market access side, there's just a huge universe of ways in which we can optimize our efforts in partnership with our commercial team, in partnership with payers, in partnership with our health system partners, a whole bunch of things that I would say, together, should allow us to, with the same amount of volume like-for-like, drive better amounts of revenue and, therefore, ASP. So I'm personally very excited about the opportunity that we have this year to drive improvement there. It's a meaningful part of the gross margin improvement strategy.*

* * *

MAX MASUCCI, MD AND SENIOR RESEARCH ANALYST, COWEN AND COMPANY, LLC, RESEARCH DIVISION: First one for Isaac. Can you just walk us through maybe the reimbursement dynamics that played into the gross margin beat in the quarter and the raised guide, if we do separate those from some of the lab operation improvements and other factors?

ISAAC RO: *Yes. Sure, Max. So I wouldn't say that reimbursement changed dramatically in Q1. We obviously, like I said earlier, had the benefit of a little mix. But really, it was, what I would call, a quarter of relative stability, and that's what we've been working towards. And as you look at the rest of the year, there will be some moving parts. But in general, we're obviously very excited about the potential for better reimbursement in oncology. As I mentioned earlier, that's something that's around the corner. And then as we look at the rest of the business, a lot of the opportunity around ASP really relates mostly towards improved billing collections, that kind of thing. Future contracting is also important. It takes a little bit more time for that to work through the numbers. But there's a bunch of levers that we're pulling that will translate into better ASP, and reimbursement is just one variable in the equation.*

* * *

DAVID GRAVES DELAHUNT, ASSOCIATE, GOLDMAN SACHS GROUP, INC., RESEARCH DIVISION: This is Dave. Congrats on the strong quarter. In oncology, can you double-click on some of the biggest volume drivers? What are the most popular oncology panels you're seeing and any trends there, such as increasing interest in bigger panels?

ISAAC RO: Yes. Sure. Dave, thank you. So remember, in oncology, our portfolio today is really 2 major product lines: the hereditary cancer risk test as well as the somatic profiling. And the former is much larger from a volume standpoint. *So when you look at the total performance in the quarter, with 159% growth, most of that was in the HC business, which continues to do very well for us, both in the broader market as well as with some of the health system partners with whom we're working where we've mentioned in the past, we've been able to drive much higher rates of compliance relative to the targeted populations, thanks to our sort*

*of comprehensive platform and partnership model. So I think that's a good validation that we're doing well.*

*And then we're just scratching the surface in somatic where there's, obviously, a huge opportunity to drive a higher rate of market adoption for a really, really valuable testing category. And we think we've got a very unique and best-in-class solution there.* So even though we're a smaller player today, we think our opportunity to be much bigger continues to be very compelling. *And of course, in lockstep with volume, we want to generate a higher rate of revenue attached to those volumes which is, as I mentioned earlier, we're on track for.* So in general, good momentum in the Oncology business, lots of opportunity ahead of us. And stay tuned, we expect this topic will be a bigger area of conversation as the year progresses.

We believe the rapid advances in genomics and AI, along with the exponentially growing oceans of molecular imaging and clinical data, could and should be integrated into an information platform able to deliver a broad array of insights that drive more efficient treatment decisions and therapeutic development.

While there are many companies that seek to address various components of our solution, none have been able to wire these components together at scale and in a way that fully engages health systems as a health delivery partner. *Our sophisticated platform draws on information from many sources: from advanced genomic testing solutions; to patient electronic medical records, including physician notes and other unstructured data; to hospital records and population health among many other large-scale sets of data available in the digital universe. With this platform, Sema4 enables patients and providers to derive differentiated insights in real time that can dramatically improve the standard of care.*

70.72.  On June 16, 2022, the Company participated in the Goldman Sachs Global Healthcare Conference.  During the conference, ~~Defendants~~Stueland represented the following:

MATTHEW CARLISLE SYKES: Great. Thank you for that overview, Katherine. Appreciate it. Maybe you talked a little bit about the gross margin improvement and the 30% exit rate implied in your guidance. How should we be thinking about some of the drivers from both the Sema4 and a GeneDx perspective? Maybe if we can dig a little bit deeper into that?

KATHERINE A. STUELAND: Certainly. And I invite Joel to certainly contribute to this. But I think there's really 3 opportunities for us. One, of course, there is top line revenue growth that as we think about expanding utilization of our testing and reproductive health in the pediatric setting as well as oncology health systems. There is a lot of opportunity for us to expand utilization with new customers.

*So there is top line growth in terms of volume, revenue and improved ASPs.* ~~We have COGS reductions that are underway for Sema4 standalone, but also utilizing some of GeneDx's best-in-class COGS approaches. So that's another really important opportunity for us as well.~~

~~And then, of course, overall operating efficiencies across the entire business, we're really being able to — we're taking a close look at how the entire business is operating and ensuring that we're really targeting revenue that is high-value revenue, I think when you're in a high growth stage for the company, really attuning the commercial operations towards being able to pull in volume that's high-value volume.~~

~~* * *~~

~~MATTHEW CARLISLE SYKES: Great. And maybe we can dig into that R&D. I mean, where are the rights to — I mean, where do you feel like you have the right to win? And what are the areas of R&D that you are going to be focused on?~~

~~KATHERINE A. STUELAND: So I've now spent, I think, the past decade in this space really and seeing what it takes from a building, scaling and sharing genomic information standpoint and having worked now at 3 companies in the genomic space. What I think is really interesting about the Sema4-GeneDx combination?~~ *One, we have a leading reproductive health franchise on the Sema4 side of things.*

~~Two,~~ GeneDx is bringing an incredible rare disease asset to bear, both in terms of our exome, our interpretation platform that is not only applicable to our exome, but to genome as well in addition to the rare disease dataset that we have.

*But then when you think about the data engine, Centrellis, that Eric and the team have expertly built. That is an incredible combination of just being able to put a data engine that will be able to deliver improved and personalized health insights with our exome and genome as a backbone. That really enables something that is very different from any other company in this space. And I think that that really sets the foundation for how we can work with health systems and pharma companies to deliver on the promise of personalized medicine.*

~~71.~~    The statements in ¶¶~~65-67~~71-72 were materially false and/or misleading.~~ For instance, among the other reasons alleged herein, FE 1, who served as Senior Vice President of Production and Bioinformatics at the Company from February 2020 to September 2022, stated that there was a piece of technology called Centrellis at the Company. According to FE 1, if one viewed the Company's marketing materials or disclosures, they stated that the Company had AI~~

~~called Centrellis that enabled the Company to perform different capabilities. According to FE 1,~~ ~~however, Centrellis never existed. According to FE 1,~~ because they misrepresented or failed to disclose that, *inter alia,* (a) Defendants represented that Sema4 had developed an AI-driven platform called Centrellis ~~to~~so that they could tout ~~itself~~Sema4 as a data company rather than just a diagnostics company to increase the Company's valuation~~.~~

~~72.    Additionally, according to FE 1, Defendants absolutely knew that the Company's~~ ~~reimbursements were at risk as early as mid-2020.   In fact, FE 1 received an email from CEO~~ ~~Schadt stating in mid-2020 that "[t]he reimbursements are under attack." According to FE 1, this~~ ~~statement meant that payors and health systems were claiming that they~~ ; (b) Centrellis was not, *inter alia,* "an accessible and usable database that [could] support interpretation consistently", and Centrellis did not ~~have to pay the Company's bills at the full rate because the payors~~"store[] data in a highly structured and ~~health systems were claiming that the Company was charging prices that~~ ~~were too high.   FE 1 stated further that CEO Schadt charged chief health information officer, Rong~~ ~~Chen, with the task of writing a paper that would demonstrate better outcomes from the~~ ~~comprehensive panel test.   According to FE 1, CEO Schadt did so because, at this point, there were~~ ~~already hundreds of thousands of patients, and Schadt requested Chen to get out and write some~~ ~~papers as urgently as possible.   FE 1 stated that because Defendants knew that the Company's~~ ~~reimbursements were going to suffer if the Company did not have a publication to back up the~~ ~~reimbursements, the Company was conducting big, intensive research projects to try to get out in~~ ~~front of the fact that Defendants knew that their position on reimbursement was weak.   According~~ ~~to FE 1, Defendants knew that the Company's billing was not supported by the current standard~~ ~~of care or science.~~

54

73. ~~FE 1 also stated that often physicians would order tests on one or two genes and would select one particular gene they wanted to know about or would select a disease-specific panel of seven to 10 genes. However, according to FE 1, the Company would always test them the same~~accessible way~~—.~~, which ~~was to test about 500 genes. FE 1 stated further that Expanded Carrier Screening was the Company's flagship product, which tested a little over 200 genes. According to FE 1, the Company~~ is ~~then launched a second version of the Expanded Carrier Screening Test in mid 2021, which tested over 500 genes. FE 1 stated, however, that~~analyzed by an advanced insights engine"; (c) indeed, Centrellis could not utilize, leverage, analyze, or use human health data in any meaningful way, and as such, was nonexistent; (d) the Company had years left of efforts and would need billions of more dollars for Centrellis to realize its stated capabilities; (e) regulatory hurdles concerning patient consent were undermanaged and stymied the Centrellis project; (f) the Company had ~~panels where a physician could test only the genes that were relevant for breast cancer or other medical conditions. According to FE 1, although physicians would order a subset of tests, the Company would invoice~~no product strategy for ~~the full test. FE 2, who served as Director, Alliance Management Business Development at Sema4 from 2021 through September 2022, further confirmed that no matter what type of test physicians ordered, the Company would run the same expansive testing. FE 2 did not feel that the Company was adhering to the gold standard in genetic reporting, noting that there was no peer-reviewed validation of the Company's testing.~~

74. ~~Additionally, FE 5, who worked as a Billing Authorization Supervisor at Sema4 from February 2018 through September 2020, personally received calls on behalf of insurers "regularly" requesting refunds for overpayments—"a bare minimum of two or three times a month." There were eight to nine other people besides FE 5 who were responsible for answering~~

~~such calls. FE 5 and FE 5's coworkers relayed these messages to their manager, Revenue Cycler~~

~~Manager, Marta Ales ("Ales"), but Ales directed them to send the messages to voicemail. FE 5~~

~~understood this to mean that their manager did not intend to follow up with the insurer inquiries.~~

~~FE 5 believed that indeed Ales did not address these inquiries because FE 5 would continue to~~

~~receive such calls. According to FE 5, Ales and Ales' colleagues "used to joke about how they~~

~~weren't going to get their money back. Someone on behalf of the insurance company would be~~

~~saying there was an overpayment and they'd like a refund. The manager would laugh and have it~~

~~sent to her phone and not pick up."~~

~~75.~~73.  ~~FE 6, who worked in various roles in~~<u>Centrellis; (g)</u> Sema4's ~~billing department~~

~~from July 2018 until March 2022 has a similar account as FE 5. FE 6 stated for example that for~~

~~most of 2021, FE 6 was responsible for retrieving the Company's mail and recalled receiving~~

~~letters on behalf of insurers requesting recoupments for overpayments throughout that time. FE~~

~~6's manager, Ales, told FE 6 and FE 6's coworkers that "the higher ups~~ <u>focus on increasing health</u>

<u>system partnerships and accumulating human health data did nothing to advance Centrellis's</u>

<u>commercial viability, and; (h) a commercially viable platform would have a data set that was well</u>

<u>curated, growing, and features which would allow users to access data and parse data – and Sema4</u>

had ~~said to disregard them, and they'd provide instructions later. And I never received an~~

~~instruction." FE 6 believed that these orders came from Sean Lunde, Sema4's Vice President,~~

~~Finance and Strategy. FE 6 and his coworkers would shred such letters, which FE 6 thought was~~

~~"crazy."~~<u>achieved none of those things with Centrellis.</u>

~~76.    Moreover, FE 3 and FE 4, both of whom worked as Women's Health Services~~

~~Representatives from August 2021 through November 2022, and from June 2021 to November~~

~~2022, respectively, stated that Sema4 was out of network with most health plans, which in their~~

view, was harmful to the Company's prospects.  FE 4 stated that the Company was out of network "with everybody.  They were billing these astronomical rates and [ ] writing off the patient's portions.  Being in network is important.  Sometimes I felt that they were purposefully staying out of network because they could bill higher rates."  FE 3 stated that Sema4's lack of being in network with more major payors was "a major obstacle" to the Company's success. FE 3 further stated, "It was clearly an unprofitable business, based on how many tests were run and by the amount of reimbursements."

77.    FE 3 and FE 4 both stated that, contrary to Defendants' Class Period representations, the Company's core women's health testing segment had been struggling.  FE 4 stated, "When GeneDx merged, I said the women's health division was going to go under and they'd take our hereditary cancer testing, because that was the only profitable test we sold.  The rest of them were losses."  FE 3 stated, "on the OB/GYN side, [customers] weren't really interested in the tests."

## VI.    LOSS CAUSATION

78.74.  During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated the price of the Company's securities.  Defendants' conduct, moreover, operated as a fraud or deceit on Class Period purchasers of the Company's securities by failing to disclose, and misrepresenting, the adverse facts detailed herein.  As Defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, the price of the Company's securities declined significantly as the prior artificial inflation dissipated.

79.75.  As a result of the purchases of the Company's securities during the Class Period, Plaintiff and the other members of the Class suffered economic loss (damages) under the federal

securities laws.  Defendants' false and misleading statements had the intended effect, and caused, the Company's securities to trade at artificially inflated levels throughout the Class Period.

80.76.  By concealing from investors the adverse facts detailed herein, Defendants presented a misleading picture of the Company's business and prospects.  As the truth regarding the Company was revealed to the market, the price of the Company's securities fell significantly. These declines removed the inflation from the price of the Company's securities, causing real economic loss to investors who purchased the Company's securities during the Class Period.

81.77.  The declines in the price of the Company's securities after the corrective disclosures came to light, and/or after the risks Defendants concealed materialized, were a direct result of the nature and extent of Defendants' fraudulent misrepresentations being revealed to investors and the market.  The timing and magnitude of the price declines in the Company's securities negate any inference that the loss suffered by Plaintiff and the other Class members was caused by changed market conditions, macroeconomic, or industry factors, or by Company-specific facts unrelated to Defendants' fraudulent conduct.

82.78.  The economic loss (damages) suffered by Plaintiff and the other Class members was a direct result of Defendants' fraudulent scheme to artificially inflate the price of the Company's securities and the subsequent significant decline in the value of the Company's securities when Defendants' prior misrepresentations and other fraudulent conduct were revealed.

79.    As detailed *supra*, the undisclosed risks of Defendants' fraud materialized on August 15, 2022, after close of market.  As a direct result of these disclosures, the price of Sema4's stock declined significantly, by 33.33%, thereby damaging investors as the artificial inflation in Sema4's stock price was removed.

## VII.    ADDITIONAL SCIENTER ALLEGATIONS

### A.    Defendants' Access To Information And Core Operations

83.80.  As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by virtue of their receipt of information reflecting the true facts regarding Sema4, their control over, and/or receipt and/or modification of Sema4's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Sema4, participated in the fraudulent scheme alleged herein.

84.    The Individual Defendants' scienter is also established because the alleged misstatements and omissions at issues here concerned Sema4's core operations.  Defendants' core business was its diagnostic testing—for example, in 2021, 76% of the Company's revenue was generated by reimbursement from health plans for its diagnostic testing.  HoweverIndeed, throughout the Class Period, Defendants touted the Company's expansion beyond diagnostic testing into data platforms, namely, its core information platform called Centrellis as a major driver of the Company's ongoing success.

85.    Defendants' diagnostic testing business was dependent on the extent that payors would reimburse patients for the Company's diagnostic tests—indeed, Defendants stated in the Company's 2021 Form 10-K that

> Sales of our products and services will therefore depend substantially on the extent to which the costs of our products and services will be paid by third-

party payors …. ~~Our ability to increase the number of billable tests and our revenue therefrom will depend on our success in achieving reimbursement for our tests from third-party payors.~~

~~86.~~81.  ~~During 2021, reimbursement from health plans represented 79% and 76% of the Company's diagnostic test revenue and total revenue, respectively.  In 2021, two health plans each represented 10% or more of the Company's total revenue.  The Company's ability to increase test volumes, ASPs and the Company's overall success was dependent on receiving adequate reimbursement for its tests.  And to achieve adequate reimbursement for its tests, the Company needed to become in network with as many major payors as possible because otherwise, patients would be far less likely to order testing if their insurance was not going to provide coverage for the costs of testing and physicians would be less likely to recommend the Company's products or services to patients.~~ prospects.

~~87.~~82.  The Company also stood to enter a lucrative agreement with GeneDx upon raising sufficient capital to finance the acquisition, which Defendants represented to investors would markedly increase the Company's total revenues and would enhance the Company's business opportunities and profitability, particularly with respect to Centrellis.  For example, on the Company's Q4 2021 public conference call on March 14, 2022, Schadt stated,

> Building upon the success that has propelled Sema4, we recently announced our plans to acquire GeneDx, a world leader in the delivery of clinical genomic solutions for rare disorders.  The acquisition of GeneDx will transform Sema4 into a larger and stronger company with a faster path to profitability …. [W]e project that the combined company will deliver annual revenue of approximately $350 million in 2022 …. This transaction will significantly enhance the power of our Centrellis database by adding more than 2.1 million expertly curated phenotypes and well over 300,000 clinical exomes that GeneDx has generated to date.  Following the close of the acquisition, Sema4 will have the most comprehensive clinically relevant data set available for our research and development purposes.

83.    That the Individual Defendants were at all relevant times, high-ranking executives and officers of the Company who were involved in the Company's day-to-day operations, further supports scienter.  Further, through their SOX certifications, Defendants attested to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal controls over financial reporting, and the disclosure of all fraud.

88.84.  Schadt, as founder, CEO and then co-CEO of the Company until the end of the Class Period on August 15, 2022, undoubtedly knew and had access to material adverse information.  Indeed, as the Company indicated in its 2021 Form 10-K, "The Company operates and manages its business as one reportable operating segment based on how the Chief Executive Officer (Schadt), who is the Company's chief operating decision maker ("CODM"), assess performance and allocates resources across the business."  Schadt signed and certified pursuant to the Sarbanes-Oxley Act of 2002 the Company's 2021 Form 10-K, filed with the SEC on March 14, 2022.  Schadt also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022.

89.85.  Ro, who served as the Company's CFO until June 14, 2022, also signed and certified the Company's SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's 2021 Form 10-K and the Company's Form 10-Q filed with the SEC on May 12, 2022.  Ro also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022.

90.86.  As part of its acquisition of GeneDx from Opko Health, Sema4 named former GeneDx President and CEO Katherine Stueland as its new CEO in May 2022.  She replaced Sema4 Founder Schadt, who became president and chief R&D officer.  This represents a change from previously announced plans for Defendants Stueland and Schadt to share the CEO role.

Additionally, in the Company's June 14, 2022 press release, Sema4 announced that effective immediately, Miao, who previously served as Sema4's Deputy CFO, would serve as Interim CFO while the Company conducted a search for a permanent CFO.  The Company indicated in the press release that "Mr. Miao has more than 18 years of experience in Corporate Finance across multiple growth industries and will report directly to Ms. Stueland in his interim role."

91.87.  Stueland signed and certified the Company's Class Period SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's Form 10-Q filed with the SEC on May 12, 2022 and the Company's Form 10-Q filed with the SEC on August 15, 2022.  Stueland also signed the Company's registration statement filed on Form S-1 with the SEC on May 3, 2022.

92.88.  Miao signed and certified the Company's Class Period SEC filings pursuant to the Sarbanes-Oxley Act of 2002, including the Company's Form 10-Q filed with the SEC on August 15, 2022.

93.89.  The extensive experience and qualifications of the Individual Defendants further support their scienter.  Schadt was previously Founding Director of the Icahn Institute for Genomics and Multiscale biology from September 2011 to June 2017, and Professor and Chair of the Department of Genetics anand Genomic Sciences from August 2011 to June 2017.  Schadt previously served as the Chief Scientific Officer at Pacific Biosciences of California, a biotechnology company, from May 2009 to July 2012, and as an Executive Director at Merck from July 2001 to May 2009.  Throughout the Class Period, the Company touted Schadt's expertise in computational biology, genomics, health systems operating experience, and knowledge of Sema4's business.

94.90.  Ro previously served as the Chief Financial Officer of Thrive Earlier Detection Corp., a company focused on early detection cancer screening, from June 2019 to February 2021.

From July 2010 to June 2019, Ro held roles of increasing responsibility at Goldman Sachs leading the U.S. Medical Technology team, including as Vice President. Prior to Goldman Sachs, Ro served as a Director at SVB Leerink from June 2004 to July 2010.

95.91. Prior to serving as CEO of Sema4, Stueland joined GeneDx in 2021 after serving as chief commercial officer of Invitae. Additionally, Miao served as Senior Vice President of Financial Planning & Analysis and Treasurer of the Company since May 2021. Prior to joining the Company, Miao served as Senior Vice President of Corporate Finance and Treasurer at Endeavor Group Holdings from October 2017 to May 2021. Prior to that role, Miao served as Senior Vice President of Corporate Finance at William Morris Endeavor from December 2014 to October 2017.

**B.    Former Employees Confirm Executives Were Aware Of Payor Issues Before The Class Period**

**B.    Former Employees' Accounts Further Establish The Individual Defendants' Scienter**

96.    FE 1, who served as Senior Vice President, Production Bioinformatics at Sema4 from February 2020 through September 2022, stated that payor reimbursements were at risk as early as mid 2020 and recalls seeing an email from Schadt from this time period stating, "The reimbursements are under attack"— meaning payors and health systems were claiming that they did not have to pay the Company's bills at full rate because the Company was charging such high prices.

97.    FE 1 stated that also in mid 2020, Schadt tasked the Chief Health Information Officer, Rong Chen with writing a paper that would demonstrate better outcomes from the Company's comprehensive Expanded Carrier Test, because at this point, there were already hundreds of thousands of patients— accordingly, Schadt told Chen to as urgently as possible, write some papers to support the Company's expanded testing because the Company knew that

reimbursements would suffer if they did not have any publications backing up their testing. FE 1 knew about Schadt's request to Chen because Schadt directly emailed FE 1 and told FE 1, "You've got to get Rong this data because it impacts our reimbursement rates." FE 1 stated that Defendants were doing big, intensive research projects to try to get out in front of the fact that they knew their "position on reimbursement was pretty weak—that the billing wasn't supported by the current standard of care or science …. The reason we were so urgent to get that information out there is because we knew our reimbursement rates were in trouble." FE 1 recalled that ultimately, Chen put out a paper, but FE 1 was not aware of Chen's findings ever having been peer reviewed.

98.    FE 5 and FE 6, both of whom worked in Sema4's billing department and reported to Sema4's Revenue Cycle Manager, Marta Ales during their respective tenures, stated that they received numerous calls and written correspondence on behalf of insurers that were requesting refunds from overpayments to Sema4 and that no one responded to these inquiries, let alone take any action in connection with rectifying the concerns raised in the inquiries.

99.92.  FE 5 received calls regarding insurers requesting refunds for overpayments regularly during their tenure, at least twice or three times per month and that there were eight or nine other people besides FE 5 that werewas responsible for handling such calls. FE 5 and FE 5's co-workers would relay these messages to Ales, but Ales would just ask them to send the messages to voicemail—FE 5 understood this to mean that the manager did not intend to follow up with the insurer requests and that FE 5 received such calls over and over which informed FE 5 that indeed their manager was not addressing these issues. FE 5 noted that the amounts of the overpayments varied but were always in the thousands.all the data that came from the Company's clinical testing operations. Part of FE 1's job included prioritizing the asks of the R&D team and clinical team and deciding which got answered first. FE 1 also had access to a dashboard that included

information about Company costs incurred to deliver services.  When FE 1 joined the Company, they reported to Chief Information Officer, Anatol Blass.  In late 2021, the Company hired a Chief Data Officer, Andrew Kasarskis, whom FE 1 then reported to instead.  During their tenure, FE 1 had occasional contact with Schadt and the Company's then-Chief Financial Officer, Isaac Ro and occasionally gave presentations at Company meetings where Schadt and Ro were present.

93.    FE 6's job duties included retrieving mail at the Company for most of 2021 and recalled receiving letters requesting recoupments for overpayments throughout that time. According to FE 6, Ales told FE 6 "specifically that the higher ups had said to disregard the[ ] [letters] and they'd provide instructions later—however, FE 6 and FE 6's coworkers never received any such instructions.  FE 6 understood that the instructions to disregard the letters came from Sean Lunde, Sema4's Vice President of Finance and Strategy.  FE 6 and FE 6's co-workers would simply shred the letters, which FE 6 thought was "ridiculous."  FE 6 stated that the practice of disregarding and shredding letters requesting recoupments for overpayments persisted through the end of FE 6's tenure with Sema4.According to FE 1, Centrellis never existed.  By FE 1's account, Defendants represented that Sema4 had created an AI-driven platform called Centrellis so that Sema4 could tout itself as a data company rather than just a diagnostics company to increase the Company's valuation.

94.    FE 2, who was a Vice President of Business Development at the Company from May 2018 through September 2020 then served as a Senior Vice President of Business Development at the Company from September 2020 through February 2023, was focused on trying to build Centrellis, and worked for and alongside Schadt.

95.    FE 2's focus was to find academic centers that would partner with the Company and provide the Company with patient data, with the goal that Sema4 would find ways to leverage

that data through Centrellis.  FE 2 worked closely with Schadt, engaging in a consistent daily dialog seven days a week for at least four years, putting together proposals and presentations for potential Centrellis partners and traveling the United States with Schadt to deliver those proposals and presentations to physicians and health care providers; such meetings could take up to an entire day.

96.     FE 2 noted that Schadt had voiced doubts about the Company's ability to make Centrellis a meaningful product before the Company's funding ran out.  FE 2 described the Company as in a "mad race" to try to obtain Centrellis partnerships, hire as many skilled resources as possible, and build Centrellis so that it could use the data obtained through its partnerships, while at the same time, trying to raise enough cash to keep the Company going.

97.     FE 2 often interacted with Ro and Miao during FE 2's tenure, and discussed Centrellis with both individuals; most of FE 2's conversations with Ro and Miao focused on trying to come up with ways to build relationships with health system partners and invest into those relationships without burning too many costs.

98.     FE 2 stated that though the Company was able to obtain a substantial amount of human health data, ultimately, the data was unusable by Centrellis.  Centrellis lacked the ability to utilize the data in a correct or appropriate way in accordance with its objectives.  The Company was unable to secure any significant commercial client for Centrellis.  FE 2 further noted that obtaining patient consent in a compliant manner was a hurdle to Centrellis's progress. FE 2 stated that the Company would have needed to continue raising billions of dollars and put "many years" of additional work in to achieve the Company's objectives for Centrellis. FE 2 stated that ultimately, the Company wound down its efforts regarding Centrellis and FE 2 was laid off.

99.    FE 3, who served as the Company's Chief Information Officer from September 2021 through the entirety of the Class Period, until they left the Company in mid-2023, was responsible for the Company's IT, which included ensuring the Company had appropriate security, supporting teams, and appropriate platforms for its operations, as well as ensuring that the Company handled health data intended for use in Centrellis in a compliant manner.

100.    During FE 3's tenure, FE 3 participated in standing weekly calls with Sema4's high-ranking officers and executives, where Centrellis was regularly mentioned.  For example, FE 3, along with Schadt, Sema4's Chief Product Officer, Sema4's President, and Sema4's general counsel, participated in a weekly standing call with Mt. Sinai, which had agreed to provide millions of patient records to the Company intended for use with Centrellis.  FE 3 participated in a standing weekly call with the Company's C-suite, which Schadt often joined, where broader planning and objectives were discussed.  FE 3 participated in the Company's standing weekly product call, led by the Company's Chief Product Officer and Chief of Staff, which Schadt also often joined.  FE 3 was also part of day-to-day conversations involving Centrellis.

101.    By FE 3's account, a commercially viable platform would have a data set that was well curated, growing, and which had features which would allow users to access data and parse data – and Sema4 had achieved none of those things with Centrellis.  In other words, Centrellis could not do what Defendants represented it could do.  FE 3 noted that Sema4 struggled to feed the health data it had obtained into a data set that would form the basis of what Centrellis was intended to become, and that the Company experienced hiring difficulties and regulatory hurdles that further stymied the Centrellis project.

102.    FE 3 noted that use of human health data is heavily regulated, and the Company was particularly immature on that front. Without patient consent and compliance with the relevant

regulations concerning the same, Sema4 would not be able to utilize and leverage the human health data it had obtained from its health system partners. In other words, without patient consent, there would be no Centrellis. FE 3 felt issues concerning consent and compliance were undermanaged and were not paid sufficient attention, and noted that the Company should have had a regulatory department.

103.    In addition, FE 3 noted that there was no product strategy for Centrellis.  FE 3 noted that some thought Centrellis should be designed to be generically useful, such that it was scalable but not customizable, while others thought it should be designed as a bespoke platform, tailored for each unique potential customer.  This concerned FE 3, as in FE 3's view, a company cannot build teams appropriately without a product strategy.

104.    FE 3 noted "discomfort" with Sema4's public statements about Centrellis, which in FE 3's view, made Centrellis sound much more advanced and polished than it actually was.  For example, FE 3 believed that Schadt's March 14, 2022 statements that the GeneDx business combination would "enhance the power of our Centrellis platform and distance us as the market leader with the most comprehensive clinically relevant data set available for research and development purposes" and Stueland's statement on June 16, 2022, that "the data engine, Centrellis … That is an incredible combination of just being able to put a data engine that will be able to deliver improved and personalized health insights with [GeneDx's] exome and genome as a backbone.  That really enables something that is very different from any other company in this space," created the impression that Centrellis's commercial viability was imminent, when in FE 3's view, the Centrellis project required five more years of work to reach that state and the amount of work left to do was "absolutely astounding".

105.    FE 3 also disagreed with Schadt's March 14, 2022 statement that Centrellis was "the most extensive and fastest-growing database of clinically relevant patient data in the industry", because at the time of Schadt's statement, there were several other industry databases in the industry that were much more advanced than Centrellis and further, Sema4 did not have a well-curated data set that was growing in a managed way that would be presentable to customers.

100.106.    In FE 3's view, Schadt had "irrational exuberance" with respect to Centrellis and did not appear to understand how long it would take and how much further the Company had to go to achieve its objectives.

**C.    Defendants Were Motivated To Raise Much-Needed Capital To Keep Sema4 Afloat**

101.107.    Sema4 has incurred losses since its formation in June 2017.  Indeed, the Company's 2021 Form 10-K stated that the Company expected to continue to generate significant operating losses for the foreseeable future, noting that as of December 31, 2021, the Company had an accumulated deficit of about $575.4 million.

102.108.    The Company was dependent upon capital raising, strategic acquisitions and partnerships to advance its business.  As Defendants stated in the Company's 2021 Form 10-K, "***We must continue to invest significant resources in research and development, including through acquisition and collaborations (such as the pending Acquisition on GeneDx [ ])*** … in order to enhance our current diagnostics and health information and data science technologies, and existing and new products and services based off these technologies."

103.109.    In January 2022, the Company and its wholly owned subsidiaries entered into an agreement and plan of merger and reorganization with GeneDx by which the Company would acquire 100% of GeneDx.  In connection with the acquisition, the Company would be required to pay $150 million cash at closing, 80 million shares of Class A common stock at closing,

and up to $150 million payable following closing if certain revenue-based milestones were achieved for each of fiscal years ending December 31, 2022 and December 31, 2023. Defendants were thus motivated to artificially inflate the Company's share price in order to raise much-needed capital needed to finance and close the GeneDx acquisition. In connection with the GeneDx acquisition, the Company entered into subscription agreements with certain institutional investors, pursuant to which the Company agreed to issue and sell to the investors in private placements to close substantially concurrently with the closing of the acquisition, an aggregate of 50 million shares of the Company's common stock at $4.00 per share, for an aggregate purchase price of $200 million.

104.110.    On May 2, 2022, the Company announced that it had closed $200 million in financing via private placement from leading growth and life sciences investors and had closed the GeneDx acquisition one month earlier than anticipated. Significantly, Pfizer was one of the investors in the Company's private placement financing in connection with the GeneDx acquisition. Defendants also announced that Schadt would serve as co-CEO alongside GeneDx's CEO, Katherine Stueland, and that Schadt would be able to focus more of his time on monetizing Centrellis and towards the Company's biopharma collaborations. Analysts reacted favorably to the news. For example, BTIG published a report on May 3, 2022, stating that Sema4

> closed its acquisition of GeneDx, expected to add $125-$135MM of pro-forma revenue. The acquisition closed ~1 month ahead of our expectations and we plan to update our estimates post its Q1 call …. We see Dr. Schadt as an important stakeholder in driving new important new business wins, and freeing up time to service existing customers and leverage them to win new business, which we view as a positive. We reiterate our Buy[.]

105.111.    On May 13, 2022, Cowen and Company published a report stating "We introduce GeneDx into our model and increase FY '23-25 revenues to $431M (+$41% Y/Y), $535M (+24% Y/Y), and $650M (+21% Y/Y)." On May 13, 2022, BTIG published a report which

emphasized the Company's "[p]otential Pfizer [ ] partnership.  Pfizer participated in SMFR's recent $200M private placement financing.  Management views P[fizer]'s participation as a commitment to explore a potential partnership[.]]"

106.112.    On May 3, 2022, the day after announcing the closing of the GeneDx acquisition, the Company filed a registration statement with the SEC on Form S-1, related to the sale of 160,864,198 shares of the Company's Class A common stock.

107.113.    The Individual Defendants were also motivated to defraud investors for personal financial gain as well.  For example, both Schadt and Ro were entitled to receive annual bonuses based on the achievement of corporate performance objectives.  For 2021 bonuses, the target annual bonuses for Schadt and Ro were equal to 100% and 50%, respectively, of their respective base salaries ($675,000 and $400,000, respectively).

108.114.    Stueland and Miao were also motivated to defraud investors for personal gain.  Specifically, Stueland entered into an employment agreement with the Company dated January 14, 2022, as amended on April 29, 2022, which included a base salary of $675,000, a discretionary incentive bonus opportunity with a target amount of 100% of the annual base salary, an initial grant of stock options and restricted stock units with an aggregate grant-date value of $9,000,000, and standard employee benefit plan participation.  Similarly, in connection with Miao's appointment, the Compensation Committee of the Board of Directors of the Company approved: (i) a salary increase for Mr. Miao for a total annual base salary of $360,000; (ii) target annual bonus of 50% of annual base salary; and (iii) a $100,000 cash retention bonus payable three months following the start date of the Company's permanent Chief Financial Officer.

109.115.    Moreover, Defendants were motivated to artificially inflate the Company's share price because the Company had incurred numerous debts and obligations over the years.  For

example, on November 15, 2021, the Company entered into an agreement with Silicon Valley Bank ("SVB"). The agreement provides for a revolver up to an aggregate principal amount of $125 million, including a sublimit of $20 million. The agreement requires the Company to comply with certain financial covenants if liquidity falls below $135 million, which include the achievement of certain minimum revenue targets. The agreement also contains customary events of default, including failure to pay principal, interest or other amounts when due.

110.116.        In April 2016, ISMMS received a $5 million loan funding commitment from the Connecticut Department of Economic and Community Development ("DECD") to support the Company's genetic sequencing laboratory project in Branford, CT. The DECD made a commitment to offer a total of $9.5 million in loan funding for leasehold improvements over a ten-year period at an annual interest rate of 2%. As part of the Mount Sinai and Sema4 spinout in June 2017, ISMMS assigned agreement to Sema4. In June 2018, the Company amended the existing $9.5 million agreement by increasing the total loan commitment to $15.5 million at the same interest rate. Under the amended agreement, the DECD may grant partial loan forgiveness contingent upon the Company achieving job creation and retention milestones, such as, $3 million of Phase 3 funding ($6 million) would be forgiven based on creating an additional 181 full time positions in Connecticut. As of December 31, 2021, $11 million of the loan balance from the DECD was outstanding.

111.117.        The Company is also subject to significant rent expenses for its various facilities. For example, the Company recorded rent expense related to non-cancelable operating leases of $5.7 million for the year ended December 31, 2021, with rent expense related to month-to-month operating lease of $1.2 million for the year ended December 31, 2021.

112.118.    The Company entered into various capital lease agreements to obtain laboratory equipment, which contain bargain purchase commitments at the end of the lease term. Property and equipment under capital leases was $27.7 million as of December 31, 2021. Accumulated amortization on capital lease assets was $13.6 million at December 31, 2021.  Future payments under capital leases for 2022 totaled $4.9 million.  In addition, the Company was party to several space license agreements and continues to be a party to sublease agreements with Mount Sinai, with rent expense for all facilities subleased by ISMMS to Sema4 totaling $4.2 million for the year ended December 31, 2021 and future minimum lease payments expected to total $4.2 million related to all facilities subleased by ISMMS to Sema4 for the year ending December 31, 2022.

113.119.    The Company also receives products and services from Mount Sinai, including certain research and clinical services, development services and lab services, and licenses certain intellectual property from Mount Sinai, which obligate the Company to make payments to Mount Sinai.  Pursuant to these agreements, for example, Sema4 made direct payments to Mount Sinai of about $3.4 million for the year ended December 31, 2021.

**D.    Sema4 Had A History Of Material Weaknesses In Financial Reporting**

114.120.    The Company also had a history of material weaknesses in its internal controls.  For example, as Defendants stated in the Company's 2021 Form 10-K, the Company identified material weaknesses in its internal control over financial reporting as of December 31, 2020, which had not been fully remediated as of December 31, 2021.  Further, "during 2021, management identified a misclassification related to certain costs included within cost of services for the years ended December 31, 2021, 2020 and 2019."  The material weaknesses management identified included the following:

- We did not design and maintain accounting policies, processes and controls to analyze, account for and report our revenue arrangements in accordance with ASC 606, Revenue from Contracts with Customers, and ASC 605, Revenue Recognition.

- We did not design and maintain formal accounting policies, procedures and controls to achieve complete, accurate and timely financial accounting, reporting and disclosures, including controls over the preparation and review of account reconciliations and journal entries; the accounting for cost capitalization policies in accordance with ASC 330, Inventory, and ASC 350-40, Intangibles—Goodwill and Other—Internal-Use Software; and the application of ASC 840, Leases.

- We had not developed and effectively communicated to our employees our accounting policies and procedures, which resulted in inconsistent practices. Since these entity level programs have a pervasive effect across the organization, management has determined that these circumstances constitute a material weakness.

- Our accounting and operating systems lacked controls over access, and program change management that are needed to ensure access to financial data is adequately restricted to appropriate personnel.

- We do not have sufficient, qualified finance and accounting staff with the appropriate U.S. GAAP technical accounting expertise to identify, evaluate and account for accounting and financial reporting, and effectively design and implement systems and processes that allow for the timely production of accurate financial information in accordance with internal financial reporting timelines, commensurate with our size and the nature and complexity of our operations. As a result, we did not design and maintain formal accounting policies, processes and controls related to complex transactions necessary for an effective financial reporting process.

~~115.~~121.    In connection with these material weaknesses in internal control over financial reporting, the Company had to restate its annual 2020 and 2019 financial statements to correct misstatements pertaining to the misclassification of certain expenses related to the genetic counseling department reported in cost of services that should have been reported in selling and marketing in the prior period financial statements.

116.122.　　　　Additionally, the Company restated 2021 and 2020 interim financial statements.  The Company identified quarterly out of period adjustments generally related to recognition of cost of services in the quarterly periods ended March 31, 2021, June 30, 2021 and September 30, 2021.  The adjustments also affected certain current asset and liability accounts previously reported in the condensed balance sheets as of March 31, 2021 and June 30, 2021 and condensed consolidated balance sheets as of September 30, 2021.

### E.　　　Sema4's Corporate Scienter Is Alleged

117.123.　　　　Each of the Individual Defendants were high-ranking management-level employees of Sema4.  The scienter of each of the Individual Defendants and of all other management-level employees of Sema4, including each high-ranking officer or director, is imputable to Sema4.  The knowledge of each of these individuals should therefore be imputed to Sema4 for the purposes of assessing corporate scienter.

118.124.　　　　Even aside from the scienter of the Individual Defendants, the facts alleged herein raise a strong inference of corporate scienter as to Sema4 as an entity.  Corporate scienter may be alleged independent of individual defendants where a statement would have been approved by corporate officials sufficiently knowledgeable about the company to know the statement was false.  Here, the statements alleged to be false were made to the investing public regarding the Company's core health intelligence platform, operations, finances, business practices and health plan reimbursementsprospects—all important topics that would necessarily require approval by appropriate corporate officers who, as alleged, had very different information in their hands at the time from what was disclosed to investors.

### VIII.　APPLICABILITY OF PRESUMPTION OF RELIANCE:
### FRAUD ON THE MARKET DOCTRINE

119.125.      At all relevant times, the market for the Company's securities was an efficient market for the following reasons, among others:

(a)      The Company's securities met the requirements for listing, and was listed and actively traded on, NASDAQ, a highly efficient, electronic securities market;

(b)      As a regulated issuer, the Company filed periodic public reports with the SEC and NASDAQ;

(c)      The Company regularly communicated with public investors via established market communication mechanisms, including regular disseminations of press releases on the national circuits of major newswire services and other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and

(d)      The Company was followed by securities analysts employed by major brokerage firms who wrote reports that were distributed to the sales force and certain customers of their respective brokerage firms.  Each of these reports was publicly available and entered the public marketplace.

120.126.      As a result of the foregoing, the market for the Company's securities promptly digested current information concerning the Company from all publicly available sources and reflected such information in the prices of the Company's securities.   Under these circumstances, all purchasers of the Company's securities during the Class Period suffered similar injury through their purchase of the Company's securities at artificially inflated prices and a presumption of reliance applies.

## IX.    CLASS ACTION ALLEGATIONS

121.127.      Plaintiff brings this action as a class action pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure on behalf of a class consisting of all those who

purchased the Company's securities during the Class Period, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants and their families, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have, or had, a controlling interest.

~~122.~~128.        The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by the Company or its transfer agent, and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

~~123.~~129.        Plaintiff's claims are typical of the claims of the members of the Class, since all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law alleged herein.

~~124.~~130.        Plaintiff will fairly and adequately protect the interests of the members of the Class, and has retained counsel competent and experienced in class action and securities litigation.

~~125.~~131.        Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)        whether Defendants' acts constituted violations of the federal securities laws;

(b)    whether Defendants' statements made to the investing public during the Class Period misrepresented material facts concerning the Company's business, operations, and financial condition;

(c)    whether the price of the Company's securities was artificially inflated during the Class Period; and

(d)    to what extent the members of the Class have sustained damages and the proper measure of damages.

~~126.~~132.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  Additionally, there will be no difficulty in the management of this action as a class action.

## X.    NO SAFE HARBOR

~~127.~~133.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements alleged herein.  Many of the specific statements alleged herein were not identified as "forward-looking statements" when made, and thus are not entitled to protection under the safe harbor provision.  Additionally, to the extent that there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.  Alternatively, to the extent that the statutory safe harbor does apply to any forward-looking statements alleged herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking

statements were made, the particular speaker knew that the particular forward-looking statement was false, and/or the forward-looking statement was authorized and/or approved by an executive officer of the Company who knew that those statements were false when made.

### XI.    CAUSES OF ACTION

#### COUNT I
**Violation of Section 10(b) of the Exchange Act and SEC Rule 10b-5 Promulgated Thereunder Against All Defendants**

128.134.    Plaintiff repeats and realleges each and every allegation contained above as though set forth in full herein.

129.135.    During the Class Period, Defendants disseminated or approved the materially false and misleading statements specified above, which they knew, or were deliberately reckless in not knowing, were misleading.  These statements were false and misleading because they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

130.136.    Defendants: (1) employed devices, schemes, and artifices to defraud; (2) made untrue statements of material fact/and or omitted to state material facts necessary to make the statements made not misleading; and (3) engaged in acts, practices, and a course of business that operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

131.137.    Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for the Company's securities.  Plaintiff and the Class would not have purchased the Company's securities at the prices they paid – or at all – if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

132.138.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

**COUNT II**
**Violation of Section 20(a) of the Exchange Act Against the Individual Defendants**

133.139.    Plaintiff repeats and realleges each and every allegation contained above as though set forth in full herein.

134.140.    The Individual Defendants acted as controlling persons of the Company within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions, and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and/or intimate knowledge of the Company's statements filed with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control, and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements alleged to be false and misleading herein.

135.141.    The Individual Defendants, moreover, were provided with, or had unlimited access to, copies of the Company's reports, press releases, public filings, and other statements alleged to be false and misleading herein.  The Individual Defendants were provided with, or had unlimited access to, such documents and statements prior to, and/or shortly after these statements were issued, and therefore had the ability to prevent the issuance of the statements and/or cause the statements to be corrected.  Additionally, the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and had the power to control or influence the particular transactions giving rise to the securities violations.

136.142.    The Individual Defendants all had ultimate authority over the Company's statements, including controlling the content of such statements and whether and how to communicate such statements to the public.

137.143.    By reason of such conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.

## XII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A.    Determining that this action is a proper class action, designating Plaintiff as Lead Plaintiff, and certifying Plaintiff as a Class representative under Rule 23 of the Federal Rules of Civil Procedure and Plaintiff's counsel as Lead Counsel;

B.    Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.    Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.    Such other and further relief as the Court may deem just and proper.

## XIII.    JURY DEMAND

Plaintiff hereby demands a trial by jury.

THE PLAINTIFF,

By  /s/ *David A. Slossberg*
       *Ex Kano S. Sams II*
    **GLANCY PRONGAY & MURRAY LLP**
    Ex Kano Sams II
    Natalie S. Pang
    1925 Century Park East, Suite 2100
    Los Angeles, CA  90067
    Tel: (310) 201-9150/Fax: (310) 201-9160
    ESams@glancylaw.com
    NPang@glancylaw.com

    and

    David A. Slossberg [ct13116]
    Kristen L. Zaehringer (ct27044)
    HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC
    147 North Broad Street
    Milford, CT 06460
    Tel: (203) 877-8000/Fax: (203) 878-9800
    Juris No. 026616
    DSlossberg@hssklaw.com
    KZaehringer@hssklaw.com
    and

    **GLANCY PRONGAY & MURRAY LLP**
    Ex Kano Sams II
    Natalie S. Pang
    1925 Century Park East, Suite 2100
    Los Angeles, CA  90067
    Tel: (310) 201-9150/Fax: (310) 201-9160
    ESams@glancylaw.com
    NPang@glancylaw.com

    *Counsel for Lead Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

This is to certify that on ~~January 30, 2023~~September 13, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

_/s/ ~~David A. Slossberg~~_

~~David A. Slossberg~~*Ex Kano S. Sams II*

Ex Kano Sams II