**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NABIL HELO, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No.: 3:22-cv-01131-JBA |
| v. | |
| SEMA4 HOLDINGS CORP., ERIC SCHADT, KATHERINE STUELAND, ISAAC RO, and RICHARD MIAO, | October 31, 2025 |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF NON-PARTY, OPKO HEALTH, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S [CORRECTED] SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**

PLEASE TAKE NOTICE that, the parties having agreed upon an enlargement of time for Non-Party, OPKO Health, Inc. ("OPKO"), to respond to the subpoena, OPKO hereby withdraws the *Motion for Enlargement of Time to Respond to Plaintiff's [Corrected] Subpoena to Produce Documents, Information, or Objects* [D.E. 97].

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Non-Party OPKO Health, Inc.*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 961-5307

By: */s/ Jared E. Dwyer*
       **JARED E. DWYER**
       Bar No.: CT31471
       dwyerje@gtlaw.com
       merlande.moise@gtlaw.com
       MIALitDock@gtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic filing generated by CM/ECF.

By:   */s/ Jared E. Dwyer*
**Jared E. Dwyer**