**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NABIL HELO, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SEMA4 HOLDINGS CORP., ERIC SCHADT, KATHERINE STUELAND, ISAAC RO, and RICHARD MIAO,<br><br>        Defendants. | Case No. 3:22-cv-01131 (VDO)<br><br>Hon. Vernon D. Oliver, U.S.D.J. |

## <u>JOINT STATUS REPORT AND MOTION TO STAY PROCEEDINGS</u>

Pursuant to the Court's September 26, 2025 Text Order (ECF No. 92), Defendants Sema4 Holdings Corp., Eric Schadt, Katherine Stueland, Isaac Ro, and Richard Miao (collectively "Defendants") and Plaintiff Nabil Helo (together with Defendants, the "Parties") jointly submit this status report and move for a stay of proceedings pending approval of the Parties' settlement.

As the Parties previously informed the Court (ECF No. 91), the Parties scheduled an in-person mediation session to be held on January 22, 2026. The mediation occurred on that date. Although the Parties did not reach an agreement to settle during the mediation session, the Parties are pleased to inform the Court that they subsequently reached an agreement to settle on January 26, 2026. The Parties then negotiated the terms of a Memorandum of Understanding, which was executed on February 11, 2026.

Plaintiff will file a Motion for Preliminary Approval, along with a Stipulation and Agreement of Settlement and several documents related thereto (including the Preliminary Approval Order, Long Notice, Summary Notice, Postcard Notice, Claim Form, Judgment, and Supplemental Agreement), in approximately ninety (90) days. Because this process will entail, *inter alia*, substantial negotiation, review by multiple parties, and work with a damages expert to draft the proposed plan of allocation, the Parties respectfully request that the Court order Plaintiff to file the Motion for Preliminary Approval by May 27, 2026, or, if the Parties cannot meet that deadline, for the Parties to jointly provide the Court with an update at that time.

WHEREFORE, the Parties respectfully request a stay of proceedings pending approval of the settlement.

DATED:    February 26, 2026

Respectfully submitted,

/s/ Ex Kanos S. Sams II
_____

**HURWITZ SAGARIN & SLOSSBERG LLC**
David A. Slossberg (Fed. Bar No. ct13116)
Erica O. Nolan (Fed. Bar No. ct31097)
147 North Broad Street
Milford, CT 06460
Tel: (203) 877-8000
dslossberg@hssklaw.com
enolan@hssklaw.com

*Liaison Counsel for Lead Plaintiff and the*
*Proposed Settlement Class*

**GLANCY PRONGAY WOLKE & ROTTER LLP**
Ex Kano S. Sams II (*pro hac vice*)
Christopher Fallon (*pro hac vice*)
1950 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
esams@glancylaw.com
cfallon@glancylaw.com

*Lead Counsel for Lead Plaintiff and the*
*Proposed Settlement Class*

/s/
_____

**SPEARS MANNING & MARTINI LLC**
Joseph W. Martini (Fed. Bar No. ct07225)
2425 Post Road, Suite 203
Southport, CT 06890
Tel: (203) 292-9766
jmartini@spearsmanning.com

**FENWICK & WEST LLP**
Dean S. Kristy (*pro hac vice*)
Catherine D. Kevane (*pro hac vice*)
One Front Street, 33rd Floor
San Francisco, CA 94111
Tel: (415) 875-2300
dkristy@fenwick.com
ckevane@fenwick.com

*Counsel for Defendants Sema4 Holdings*
*Corp., Eric Schadt, Katherine Stueland,*
*Isaac Ro, and Richard Miao*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Avi Perry (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: (202) 538-8000
aviperry@quinnemanuel.com

Leigha Empson (*pro hac vice*)
295 Fifth Avenue
New York, New York 10016
Tel: (212) 849-7000
leighaempson@quinnemanuel.com

*Counsel for Defendant Sema4 Holdings Corp.*