**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NABIL HELO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEMA4 HOLDINGS CORP., ERIC SCHADT, KATHERINE STUELAND, ISAAC RO, AND RICHARD MIAO,<br><br>Defendants. | Case No.: 3:22-cv-01131-VDO |

**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR
(I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;
(II) CERTIFICATION OF THE SETTLEMENT CLASS; AND
(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that lead plaintiff Nabil Helo ("Plaintiff" or "Lead Plaintiff"),[1] on behalf of himself and all others similarly situated, hereby respectfully moves this Court for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the putative Settlement Class for purposes of settlement only; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) setting a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of Settlement Class Member objections, the submission of Settlement Class

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated July 23, 2025, which is attached as Exhibit 1 to the concurrently filed Declaration of Ex Kano S. Sams II in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement ("Sams Declaration").

Member requests for exclusion, the filing of Plaintiff's motion for final approval of the Settlement, and the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses.

This motion is based upon the concurrently filed Memorandum of Law, the Sams Declaration, and other such matters and argument as the Court may consider at the hearing on this motion. Defendants do not oppose this motion. Accordingly, Plaintiff respectfully requests that the Court enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

Dated:  July 24, 2026

Respectfully submitted,

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By:  */s/ Ex Kano S. Sams II*
Ex Kano S. Sams II (*pro hac vice*)
Chris Fallon (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: esams@glancylaw.com
Email: cfallon@glancylaw.com

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

**HURWITZ, SAGARIN & SLOSSBERG,  LLC**
David A. Slossberg [ct13116]
Erica O. Nolan [ct31097]
Timothy Cowan [ct30786]
135 Broad Street
Milford, CT 06460
Tel: (203) 877-8000
Email: dslossberg@hss.law
Email: enolan@hss.law
Email: tcowan@hss.law

*Liaison Counsel for Lead Plaintiff and the Proposed Settlement Class*

2